# Exhibit 1

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**Airport Terminal Services, Inc**
111 Westport Plaza Drive
Suite 400
Maryland Heights, MO 63146

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 06/15/2015 |
| Period End Date | 06/21/2015 |
| Pay Date | 06/26/2015 |
| Document | 127051 |
| Net Pay | $310.48 |

## Pay Details

**GIDEON JOEL PEDERSON**

| | | | |
|---|---|---|---|
| Employee Number | 0019608 | Pay Group | ATS Weekly Hrly US |
| SSN | | Location | PSP88-Palm Springs, CA |
| Job | Passenger Svc Crew Chief | Facility | PSP88 - PSP88-Palm Springs, CA |
| Pay Rate | $11.75 | Department | 4085 - Passenger |
| Pay Frequency | Weekly | Business Unt | WEST - West |

| | | |
|---|---|---|
| Federal Income Tax | S | 0 |
| CA State Income Tax (Residence) | S | 0 |
| CA State Income Tax (Work) | S | 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| EE Referral | 0.0000 | $0.0000 | $0.00 | $100.00 |
| Holiday Pay | 0.0000 | $0.0000 | $0.00 | $194.00 |
| Overtime | 0.0000 | $0.0000 | $0.00 | $938.95 |
| Regular Hourly | 8.9300 | $11.7500 | $104.93 | $11,363.99 |
| Retroactive Pay | 0.0000 | $0.0000 | $0.00 | $64.92 |
| Vacation | 24.5000 | $11.7500 | $287.88 | $405.38 |
| **Total Hours** | **33.4300** | | | |

## Deductions

| | | Employee | |
|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD |
| Basic Life C3 | No | $0.00 | $0.00 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| CA Disability Employee | $3.54 | $117.52 |
| CA State Income Tax | $5.31 | $234.42 |
| Employee Medicare | $5.70 | $189.33 |
| Federal Income Tax | $43.42 | $1,529.48 |
| Social Security Employee Tax | $24.36 | $809.55 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 0.4600 | 11.0415 |
| Vacation | 1.5385 | 1.6548 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $310.48 |
| Total | | $310.48 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $392.81 | $392.81 | $82.33 | $0.00 | $310.48 |
| YTD | $13,057.24 | $13,057.24 | $2,880.30 | $0.00 | $10,176.94 |

*Originally printed in English*

**Complaint Exhibit 1-001**

POWERED BY:

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Gideon Joel Pederson
[redacted]

| EMPLOYEE NAME | | | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|---|---|
| Gideon Joel Pederson | | | 000200996816 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | | | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A | 0856 | 468.29 | 468.29 | 1,721.00 | 02/04/2013 thru 02/10/2013 | 02/15/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS |
|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 |
| OVERTIME | 6.8000 | 15.0000 | 102.00 |
| DT | 1.9000 | 20.0000 | 38.00 |
| **Total** | 48.7000 | | 540.00 |

| DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|
| FED TAX | .00 | 117.89 |
| FICA EE | 33.48 | 106.70 |
| MEDICARE E | 7.83 | 24.95 |
| CA WH TAX | .00 | 22.67 |
| CA SDI | 5.40 | 17.21 |
| EEDEP/UNIF | 25.00 | 25.00 |
| DIR DEP A | 468.29 | 1406.58 |
| **Total** | 540.00 | 1721.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |

AIRPORT TERMINAL SERVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE 02/15/2013

AMOUNT 0.00

**PAY** *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF Gideon Joel Pederson
[redacted]

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-002**



**POWERED BY:**



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000200998380 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    0856    397.95 | 397.95 | 2,184.00 | 02/11/2013 thru 02/17/2013 | 02/22/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | .00 | 117.89 |
| OVERTIME | 4.2000 | 15.0000 | 63.00 | FICA EE | 28.71 | 135.41 |
|  |  |  |  | MEDICARE E | 6.71 | 31.66 |
|  |  |  |  | CA WH TAX | .00 | 22.67 |
|  |  |  |  | CA SDI | 4.63 | 21.84 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 50.00 |
|  |  |  |  | DIR DEP A | 397.95 | 1804.53 |
| **Total** | 44.2000 |  | 463.00 | **Total** | 463.00 | 2184.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE  02/22/2013
AMOUNT  0.00

PAY     *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-003**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.4137790453199259    6/9/2014

Airport Terminal Services - Gideon Joel Pederson - Powered By: my-eStub.com    Page 1 of 1



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY:
my eSTUB
ELECTRONIC PAY ADVICES

Attend. Points -   Week: 0.00   YTD: 1.00

Gideon Joel Pederson

| EMPLOYEE NAME | | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|---|
| Gideon Joel Pederson | | 000201001619 | 88 | 4085 | 2401026471 |
| DIRECT DEPOSIT DETAILS | | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A | 0856   352.72 | 352.72 | 3,078.50 | 02/25/2013 thru 03/03/2013 | 03/08/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 31.9000 | 10.0000 | 319.00 | FED TAX | .00 | 117.89 |
| OVERTIME | 2.1000 | 15.0000 | 31.50 | FICA EE | 25.64 | 190.87 |
| TRAINING | 5.5000 | 10.0000 | 55.00 | MEDICARE E | 6.00 | 44.63 |
| SHIFTAMNT | | | 8.00 | CA WH TAX | .00 | 22.67 |
| | | | | CA SDI | 4.14 | 30.79 |
| | | | | EEDEP/UNIF | 25.00 | 75.00 |
| | | | | DIR DEP A | 352.72 | 2596.65 |
| Total | 39.5000 | | 413.50 | Total | 413.50 | 3078.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    AMOUNT
03/08/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-004**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.7599747578153495    6/9/2014



**111 Westport Plaza * Suite 400**
**St. Louis, Missouri 63146**

Attend. Points -    Week: 0.00    YTD: 2.00

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000201004859 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A   0856   372.84 | 372.84 | 3,984.00 | 03/11/2013 thru 03/17/2013 | 03/22/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 39.8000 | 10.0000 | 398.00 | FED TAX | .00 | 117.89 |
| OVERTIME | 2.5000 | 15.0000 | 37.50 | FICA EE | 27.00 | 247.01 |
|  |  |  |  | MEDICARE E | 6.31 | 57.76 |
|  |  |  |  | CA WH TAX | .00 | 22.67 |
|  |  |  |  | CA SDI | 4.35 | 39.84 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 100.00 |
|  |  |  |  | DIR DEP A | 372.84 | 3398.83 |
| Total | 42.3000 |  | 435.50 | Total | 435.50 | 3984.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



**111 Westport Plaza * Suite 400**
**St. Louis, Missouri 63146**

DATE: 03/22/2013    AMOUNT: 0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.262815294982

**Complaint Exhibit 1-005**

6/9/2014



POWERED BY: my eStub ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -     Week: 0.00     YTD: 2.00

Gideon Joel Pederson

| EMPLOYEE NAME | | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|---|
| Gideon Joel Pederson | | 000201006617 | 88 | 4085 | 2401026471 |
| DIRECT DEPOSIT DETAILS | | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A | 0856   392.47 | 392.47 | 4,441.00 | 03/18/2013 thru 03/24/2013 | 03/29/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | .00 | 117.89 |
| OVERTIME | 3.8000 | 15.0000 | 57.00 | FICA EE | 28.33 | 275.34 |
| | | | | MEDICARE E | 6.63 | 64.39 |
| | | | | CA WH TAX | .00 | 22.67 |
| | | | | CA SDI | 4.57 | 44.41 |
| | | | | EEDEP/UNIF | 25.00 | 125.00 |
| | | | | DIR DEP A | 392.47 | 3791.30 |
| Total | 43.8000 | | 457.00 | Total | 457.00 | 4441.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE   03/29/2013
AMOUNT   0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-006**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.819803502114528     6/9/2014



**ATS**
111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my eStub ELECTRONIC PAY ADVICES

Attend. Points -   Week: 0.00   YTD: 2.00

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000201008182 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    0856    417.13 | 417.13 | 4,925.00 | 03/25/2013 thru 03/31/2013 | 04/05/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | .00 | 117.89 |
| OVERTIME | 5.6000 | 15.0000 | 84.00 | FICA EE | 30.01 | 305.35 |
| | | | | MEDICARE E | 7.02 | 71.41 |
| | | | | CA WH TAX | .00 | 22.67 |
| | | | | CA SDI | 4.84 | 49.25 |
| | | | | EEDEP/UNIF | 25.00 | 150.00 |
| | | | | DIR DEP A | 417.13 | 4208.43 |
| Total | 45.6000 | | 484.00 | Total | 484.00 | 4925.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |

**ATS** AIRPORT TERMINAL SERVICES
111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 04/05/2013    AMOUNT: 0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-007**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.20519947768253344    6/9/2014



**POWERED BY:** my-eSTUB ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -      Week: 0.00      YTD: 2.00

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000201009742 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A     0856     356.84 | 356.84 | 5,343.00 | 04/01/2013 thru 04/07/2013 | 04/12/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | .00 | 117.89 |
| OVERTIME | 1.2000 | 15.0000 | 18.00 | FICA EE | 25.92 | 331.27 |
| | | | | MEDICARE E | 6.06 | 77.47 |
| | | | | CA WH TAX | .00 | 22.67 |
| | | | | CA SDI | 4.18 | 53.43 |
| | | | | EEDEP/UNIF | 25.00 | 175.00 |
| | | | | DIR DEP A | 356.84 | 4565.27 |
| Total | 41.2000 | | 418.00 | Total | 418.00 | 5343.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 04/12/2013       AMOUNT: 0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-008**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.7756479748427012      6/9/2014



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my-eStub ELECTRONIC PAY ADVICES

Attend. Points -     Week: 0.00     YTD: 2.00

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000201011371 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A     0856     277.82 | 277.82 | 5,674.50 | 04/08/2013 thru 04/14/2013 | 04/19/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 31.0000 | 10.0000 | 310.00 | FED TAX | .00 | 117.89 |
| OVERTIME | .9000 | 15.0000 | 13.50 | FICA EE | 20.55 | 351.82 |
| SHIFTAMNT | | | 8.00 | MEDICARE E | 4.81 | 82.28 |
| | | | | CA WH TAX | .00 | 22.67 |
| | | | | CA SDI | 3.32 | 56.75 |
| | | | | EEDEP/UNIF | 25.00 | 200.00 |
| | | | | DIR DEP A | 277.82 | 4843.09 |
| Total | 31.9000 | | 331.50 | Total | 331.50 | 5674.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 04/19/2013     AMOUNT: 0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.2831452619190721    **Complaint Exhibit 1-009**    6/9/2014




**POWERED BY:**
my-eStub ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -        Week: 0.00        YTD: 2.00

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000201012968 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    0856    378.32 | 378.32 | 6,116.00 | 04/15/2013 thru 04/21/2013 | 04/26/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 39.2000 | 10.0000 | 392.00 | FED TAX | .00 | 117.89 |
| OVERTIME | 3.3000 | 15.0000 | 49.50 | FICA EE | 27.37 | 379.19 |
|  |  |  |  | MEDICARE E | 6.40 | 88.68 |
|  |  |  |  | CA WH TAX | .00 | 22.67 |
|  |  |  |  | CA SDI | 4.41 | 61.16 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 225.00 |
|  |  |  |  | DIR DEP A | 378.32 | 5221.41 |
| Total | 42.5000 |  | 441.50 | Total | 441.50 | 6116.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |

**ATS**
AIRPORT TERMINAL SERVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE        AMOUNT
04/26/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-010**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.30271069076745316        6/9/2014



**POWERED BY:**
my eSTUB ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -    Week: 0.00    YTD: 2.00

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000201016233 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    0856    327.16 | 327.16 | 6,910.00 | 04/29/2013 thru 05/05/2013 | 05/10/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 38.1000 | 10.0000 | 381.00 | FED TAX | .00 | 117.89 |
| OVERTIME | .3000 | 15.0000 | 4.50 | FICA EE | 23.90 | 428.42 |
| | | | | MEDICARE E | 5.59 | 100.19 |
| | | | | CA WH TAX | .00 | 22.67 |
| | | | | CA SDI | 3.85 | 69.10 |
| | | | | EEDEP/UNIF | 25.00 | 250.00 |
| | | | | DIR DEP A | 327.16 | 5921.73 |
| Total | 38.4000 | | 385.50 | Total | 385.50 | 6910.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    AMOUNT
05/10/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*
TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-011**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.6033277516470352    6/9/2014





111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -    Week: 0.00    YTD: 2.00

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000201017887 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A        0856        312.99 | 312.99 | 7,280.00 | 05/06/2013 thru 05/12/2013 | 05/17/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 35.5000 | 10.0000 | 355.00 | FED TAX | .00 | 117.89 |
| OVERTIME | 1.0000 | 15.0000 | 15.00 | FICA EE | 22.94 | 451.36 |
|  |  |  |  | MEDICARE E | 5.37 | 105.56 |
|  |  |  |  | CA WH TAX | .00 | 22.67 |
|  |  |  |  | CA SDI | 3.70 | 72.80 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 275.00 |
|  |  |  |  | DIR DEP A | 312.99 | 6234.72 |
| Total | 36.5000 |  | 370.00 | Total | 370.00 | 7280.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 05/17/2013    AMOUNT: 0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-012**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.129800045466112688          6/9/2014




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -        Week: 0.00        YTD: 3.00

Gideon Joel Pederson

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Gideon Joel Pederson | 000201021030 | 88 | 4085 | 2401026471 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A       0856       352.74 | 352.74 | 8,086.00 | 05/20/2013 thru 05/26/2013 | 05/31/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | .00 | 117.89 |
| OVERTIME | .9000 | 15.0000 | 13.50 | FICA EE | 25.63 | 501.33 |
|  |  |  |  | MEDICARE E | 6.00 | 117.25 |
|  |  |  |  | CA WH TAX | .00 | 22.67 |
|  |  |  |  | CA SDI | 4.13 | 80.86 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 300.00 |
|  |  |  |  | DIR DEP A | 352.74 | 6946.00 |
| Total | 40.9000 |  | 413.50 | Total | 413.50 | 8086.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 05/31/2013          AMOUNT: 0.00

PAY        ***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Gideon Joel Pederson

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 1-013**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.25479168089956254          6/9/2014