# Exhibit 2

Case 5:15-cv-02400-VAP-SP  Document 1-2  Filed 11/20/15  Page 1 of 17  Page ID #:50

# Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**ATS**
Airport Terminal Services, Inc
111 Westport Plaza Drive
Suite 400
Maryland Heights, MO 63146

Pay Statement
Period Start Date   06/29/2015
Period End Date    07/05/2015
Pay Date           07/10/2015
Document           131133
Net Pay            $372.49

## Pay Details

**RUTH ASHLEY ALCARAZ**

| Field | Value |
|---|---|
| Employee Number | 0019053 |
| SSN | |
| Job | Passenger Svc Crew Chief |
| Pay Rate | $11.75 |
| Pay Frequency | Weekly |
| Pay Group | ATS Weekly Hrly US |
| Location | PSP88-Palm Springs, CA |
| Facility | PSP88 - PSP88-Palm Springs, CA |
| Department | 4085 - Passenger |
| Business Unit | WEST - West |
| Federal Income Tax | S 1 |
| CA State Income Tax (Residence) | S 0 |
| CA State Income Tax (Work) | S 0 |

## Earnings

| Pay Type | Hours | Pay Rate | Current | YTD |
|---|---|---|---|---|
| Hol Worked OT | 0.0000 | $0.0000 | $0.00 | $1.18 |
| Holiday Pay | 8.0000 | $11.7500 | $94.00 | $368.00 |
| Hol Worked | 0.0000 | $0.0000 | $0.00 | $176.25 |
| Incentive Bonus | 0.0000 | $0.0000 | $0.00 | $200.00 |
| LTD | 0.0000 | $0.0000 | $0.00 | $34.20 |
| Overpaid Wages | 0.0000 | $0.0000 | ($32.49) | ($32.49) |
| Overtime | 0.0200 | $17.6250 | $0.35 | $812.12 |
| Regular Hourly | 34.0300 | $11.7500 | $399.85 | $10,624.28 |
| Retroactive Pay | 0.0000 | $0.0000 | $0.00 | $9.71 |
| Splt Shift Prem | 0.0000 | $0.0000 | $0.00 | $18.00 |

Total Hours   42.0500

## Deductions

| Deduction | Pre-Tax | Current | YTD |
|---|---|---|---|
| Basic Life C3 | No | $0.00 | $0.00 |
| Long Term Dis 3 | No | $0.00 | $0.00 |
| LTD | No | $0.00 | $34.20 |

## Taxes

| Taxes | Current | YTD |
|---|---|---|
| CA Disability Employee | $4.16 | $109.90 |
| CA State Income Tax | $7.53 | $216.29 |
| Employee Medicare | $6.69 | $177.06 |
| Federal Income Tax | $42.21 | $1,147.03 |
| Social Security Employee Tax | $28.63 | $757.10 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Floating Hol | 0.0000 | 16.0000 |
| Sick pay | -5.6158 | 48.0000 |
| Vacation | 1.5385 | 86.1614 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| | Checking | $155.00 |
| | Checking | $217.49 |
| Total | | $372.49 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $461.71 | $461.71 | $89.22 | $0.00 | $372.49 |
| YTD | $12,211.25 | $12,211.25 | $2,407.38 | $34.20 | $9,769.67 |

*Originally printed in English*

**Complaint Exhibit 2-001**



POWERED BY:

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -　　Week: 0.00　　YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000200993502 | 88 | 4085 | 7675025919 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A　1439　382.07 | 382.07 | 2,580.00 | 01/21/2013 thru 01/27/2013 | 02/01/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 37.2000 | 10.0000 | 372.00 | FED TAX | 45.67 | 265.34 |
| OVERTIME | 5.8000 | 15.0000 | 87.00 | FICA EE | 29.70 | 159.96 |
| DT | 1.0000 | 20.0000 | 20.00 | MEDICARE E | 6.95 | 37.42 |
| | | | | CA WH TAX | 9.82 | 59.18 |
| | | | | CA SDI | 4.79 | 25.80 |
| | | | | EEDEP/UNIF | .00 | 25.00 |
| | | | | DIR DEP A | 382.07 | 2007.30 |
| Total | 44.0000 | | 479.00 | Total | 479.00 | 2580.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE　　　　AMOUNT
02/01/2013　　0.00

PAY　　*VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF　Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?rwhdrnd=0.8992606965679248　　7/8/2014

**Complaint Exhibit 2-002**




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -    Week: 0.00    YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000200996749 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    1439 | 391.25 | 391.25    3,479.50 | 02/04/2013 thru 02/10/2013 | 02/15/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | 52.80 | 347.91 |
| OVERTIME | 5.1000 | 15.0000 | 76.50 | FICA EE | 32.64 | 215.73 |
| DT | 2.5000 | 20.0000 | 50.00 | MEDICARE E | 7.63 | 50.46 |
|  |  |  |  | CA WH TAX | 11.91 | 76.25 |
|  |  |  |  | CA SDI | 5.27 | 34.80 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 50.00 |
|  |  |  |  | DIR DEP A | 391.25 | 2704.35 |
| Total | 47.6000 |  | 526.50 | Total | 526.50 | 3479.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    02/15/2013
AMOUNT    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.9734162839238666

**Complaint Exhibit 2-003**

7/8/2014




**POWERED BY:** my-eSTUB ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -   Week: 0.00   YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000200995087 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A    1439    305.80 | 305.80 | 2,953.00 | 01/28/2013 thru 02/03/2013 | 02/08/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 32.0000 | 10.0000 | 320.00 | FED TAX | 29.77 | 295.11 |
| OVERTIME | 3.0000 | 15.0000 | 45.00 | FICA EE | 23.13 | 183.09 |
| SHIFTAMNT | | | 8.00 | MEDICARE E | 5.41 | 42.83 |
| | | | | CA WH TAX | 5.16 | 64.34 |
| | | | | CA SDI | 3.73 | 29.53 |
| | | | | EEDEP/UNIF | .00 | 25.00 |
| | | | | DIR DEP A | 305.80 | 2313.10 |
| Total | 35.0000 | | 373.00 | Total | 373.00 | 2953.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |

ATS
AIRPORT TERMINAL SERVICES
111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 02/08/2013   AMOUNT: 0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 2-004**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.31093704334187266   7/8/2014



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my-eStub ELECTRONIC PAY ADVICES

Attend. Points -     Week: 0.00     YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000200998315 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A      1439      305.64 | 305.64 | 3,887.00 | 02/11/2013 thru 02/17/2013 | 02/22/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | 34.95 | 382.86 |
| OVERTIME | .5000 | 15.0000 | 7.50 | FICA EE | 25.26 | 240.99 |
|  |  |  |  | MEDICARE E | 5.91 | 56.37 |
|  |  |  |  | CA WH TAX | 6.67 | 82.92 |
|  |  |  |  | CA SDI | 4.07 | 38.87 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 75.00 |
|  |  |  |  | DIR DEP A | 305.64 | 3009.99 |
| Total | 40.5000 |  | 407.50 | Total | 407.50 | 3887.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE  02/22/2013     AMOUNT  0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF     Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 2-005**

https://my-estub.com/PayStubDetail.aspx?rwhdrnd=0.5692467319957654     7/8/2014





POWERED BY:

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -   Week: 0.00   YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000200999989 | 88 | 4085 | 7675025919 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A   1439   330.62 | 330.62 | 4,294.50 | 02/18/2013 thru 02/24/2013 | 03/01/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | 34.95 | 417.81 |
| OVERTIME | .5000 | 15.0000 | 7.50 | FICA EE | 25.27 | 266.26 |
|  |  |  |  | MEDICARE E | 5.91 | 62.28 |
|  |  |  |  | CA WH TAX | 6.67 | 89.59 |
|  |  |  |  | CA SDI | 4.08 | 42.95 |
|  |  |  |  | EEDEP/UNIF | .00 | 75.00 |
|  |  |  |  | DIR DEP A | 330.62 | 3340.61 |
| Total | 40.5000 |  | 407.50 | Total | 407.50 | 4294.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE   AMOUNT
03/01/2013   0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146



POWERED BY:

Attend. Points -    Week: 0.00    YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201001557 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A          1439         321.82 | 321.82 | 4,724.50 | 02/25/2013 thru 03/03/2013 | 03/08/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | 38.32 | 456.13 |
| OVERTIME | 2.0000 | 15.0000 | 30.00 | FICA EE | 26.66 | 292.92 |
| | | | | MEDICARE E | 6.24 | 68.52 |
| | | | | CA WH TAX | 7.66 | 97.25 |
| | | | | CA SDI | 4.30 | 47.25 |
| | | | | EEDEP/UNIF | 25.00 | 100.00 |
| | | | | DIR DEP A | 321.82 | 3662.43 |
| Total | 42.0000 | | 430.00 | Total | 430.00 | 4724.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



DATE       AMOUNT
03/08/2013   0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?fwidnid=0.09612828695977865    7/8/2014

Complaint Exhibit 2-007




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -    Week: 0.00    YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201003236 | 88 | 4085 | 7675025919 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A    1439    103.68 | 103.68 | 4,838.00 | 03/04/2013 thru 03/10/2013 | 03/15/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 10.0000 | 10.0000 | 100.00 | FED TAX | .00 | 456.13 |
| OVERTIME | .9000 | 15.0000 | 13.50 | FICA EE | 7.04 | 299.96 |
| | | | | MEDICARE E | 1.65 | 70.17 |
| | | | | CA WH TAX | .00 | 97.25 |
| | | | | CA SDI | 1.13 | 48.38 |
| | | | | EEDEP/UNIF | .00 | 100.00 |
| | | | | DIR DEP A | 103.68 | 3766.11 |
| Total | 10.9000 | | 113.50 | Total | 113.50 | 4838.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    AMOUNT
03/15/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 2-008**

https://my-estub.com/PayStubDetail.aspx?fwndfnd=0.0686857809753591    7/8/2014



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my-eStub ELECTRONIC PAY ADVICES

Attend. Points -    Week: 0.00    YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201004798 | 88 | 4085 | 7675025919 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A   1439   227.44 | 227.44 | 5,134.00 | 03/11/2013 thru 03/17/2013 | 03/22/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 29.6000 | 10.0000 | 296.00 | FED TAX | 18.22 | 474.35 |
| | | | | FICA EE | 18.35 | 318.31 |
| | | | | MEDICARE E | 4.29 | 74.46 |
| | | | | CA WH TAX | 2.74 | 99.99 |
| | | | | CA SDI | 2.96 | 51.34 |
| | | | | EEDEP/UNIF | 22.00 | 122.00 |
| | | | | DIR DEP A | 227.44 | 3993.55 |
| Total | 29.6000 | | 296.00 | Total | 296.00 | 5134.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 03/22/2013    AMOUNT: 0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.
DIRECT DEPOSIT NOTICE

**Complaint Exhibit 2-009**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.11073044797412146    7/8/2014



**ATS** — AIRPORT TERMINAL SERVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my-eSTUB ELECTRONIC PAY ADVICES

Attend. Points -   Week: 0.00   YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201006556 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A       1439       339.09 | 339.09 | 5,588.00 | 03/18/2013 thru 03/24/2013 | 03/29/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 39.8000 | 10.0000 | 398.00 | FED TAX | 41.92 | 516.27 |
| OVERTIME | 2.0000 | 15.0000 | 30.00 | FICA EE | 28.15 | 346.46 |
| DT | 1.3000 | 20.0000 | 26.00 | MEDICARE E | 6.58 | 81.04 |
|  |  |  |  | CA WH TAX | 8.72 | 108.71 |
|  |  |  |  | CA SDI | 4.54 | 55.88 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 147.00 |
|  |  |  |  | DIR DEP A | 339.09 | 4332.64 |
| Total | 43.1000 |  | 454.00 | Total | 454.00 | 5588.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



**ATS** — AIRPORT TERMINAL SERVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 03/29/2013     AMOUNT: 0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 2-010**

https://my-estub.com/PayStubDetail.aspx?rwhdrnd=0.11971422803009013     7/8/2014



Airport Terminal Services - Ruth Ashly Alcaraz - Powered By: my-eStub.com   Page 1 of 1

**POWERED BY:**
my eStub ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -   Week: 0.00   YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201008121 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A      1439     295.93 | 295.93 | 5,982.00 | 03/25/2013 thru 03/31/2013 | 04/05/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 39.4000 | 10.0000 | 394.00 | FED TAX | 32.92 | 549.19 |
| | | | | FICA EE | 24.42 | 370.88 |
| | | | | MEDICARE E | 5.71 | 86.75 |
| | | | | CA WH TAX | 6.08 | 114.79 |
| | | | | CA SDI | 3.94 | 59.82 |
| | | | | EEDEP/UNIF | 25.00 | 172.00 |
| | | | | DIR DEP A | 295.93 | 4628.57 |
| Total | 39.4000 | | 394.00 | Total | 394.00 | 5982.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE  04/05/2013    AMOUNT  0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 2-011**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.12439263557221286    7/8/2014




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -  Week: 0.00  YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201009681 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A  1439  264.26 | 264.26 | 6,332.00 | 04/01/2013 thru 04/07/2013 | 04/12/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 34.7000 | 10.0000 | 347.00 | FED TAX | 26.32 | 575.51 |
| MINIMUM | .3000 | 10.0000 | 3.00 | FICA EE | 21.70 | 392.58 |
| | | | | MEDICARE E | 5.08 | 91.83 |
| | | | | CA WH TAX | 4.14 | 118.93 |
| | | | | CA SDI | 3.50 | 63.32 |
| | | | | EEDEP/UNIF | 25.00 | 197.00 |
| | | | | DIR DEP A | 264.26 | 4892.83 |
| Total | 35.0000 | | 350.00 | Total | 350.00 | 6332.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 04/12/2013  AMOUNT: 0.00

PAY  *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF  Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?... 641008    7/8/2014

Complaint Exhibit 2-012




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -    Week: 0.00    YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201011312 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    1439    291.23 | 291.23 | 6,719.50 | 04/08/2013 thru 04/14/2013 | 04/19/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 32.0000 | 10.0000 | 320.00 | FED TAX | 31.95 | 607.46 |
| OVERTIME | 4.5000 | 15.0000 | 67.50 | FICA EE | 24.03 | 416.61 |
| | | | | MEDICARE E | 5.62 | 97.45 |
| | | | | CA WH TAX | 5.79 | 124.72 |
| | | | | CA SDI | 3.88 | 67.20 |
| | | | | EEDEP/UNIF | 25.00 | 222.00 |
| | | | | DIR DEP A | 291.23 | 5184.06 |
| Total | 36.5000 | | 387.50 | Total | 387.50 | 6719.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    AMOUNT
04/19/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?... 8252432    7/8/2014

**Complaint Exhibit 2-013**




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -   Week: 0.00   YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201012909 | 88 | 4085 | 7675025919 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A    1439    282.61 | 282.61 | 7,095.00 | 04/15/2013 thru 04/21/2013 | 04/26/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 32.0000 | 10.0000 | 320.00 | FED TAX | 30.15 | 637.61 |
| OVERTIME | 3.7000 | 15.0000 | 55.50 | FICA EE | 23.28 | 439.89 |
| | | | | MEDICARE E | 5.44 | 102.89 |
| | | | | CA WH TAX | 5.27 | 129.99 |
| | | | | CA SDI | 3.75 | 70.95 |
| | | | | EEDEP/UNIF | 25.00 | 247.00 |
| | | | | DIR DEP A | 282.61 | 5466.67 |
| Total | 35.7000 | | 375.50 | Total | 375.50 | 7095.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



**Complaint Exhibit 2-014**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.632655826071453    7/8/2014



**111 Westport Plaza * Suite 400**
**St. Louis, Missouri 63146**

POWERED BY: my eSTUB ELECTRONIC PAY ADVICES

Attend. Points -     Week: 0.00     YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201014584 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    1439    325.24 | 325.24 | 7,495.00 | 04/22/2013 thru 04/28/2013 | 05/03/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | 33.82 | 671.43 |
|  |  |  |  | FICA EE | 24.80 | 464.69 |
|  |  |  |  | MEDICARE E | 5.80 | 108.69 |
|  |  |  |  | CA WH TAX | 6.34 | 136.33 |
|  |  |  |  | CA SDI | 4.00 | 74.95 |
|  |  |  |  | EEDEP/UNIF | .00 | 247.00 |
|  |  |  |  | DIR DEP A | 325.24 | 5791.91 |
| Total | 40.0000 |  | 400.00 | Total | 400.00 | 7495.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



**111 Westport Plaza * Suite 400**
**St. Louis, Missouri 63146**

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

DATE 05/03/2013    AMOUNT 0.00

TO THE ORDER OF    Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 2-015**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.7791177895837064        7/8/2014



**ATS**
111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my eSTUB ELECTRONIC PAY ADVICES

Attend. Points -     Week: 0.00     YTD: 2.00

Ruth Ashly Alcaraz

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Ruth Ashly Alcaraz | 000201016175 | 88 | 4085 | 7675025919 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    1439    364.31 | 364.31 | 7,953.50 | 04/29/2013 thru 05/05/2013 | 05/10/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.0000 | 10.0000 | 400.00 | FED TAX | 42.60 | 714.03 |
| OVERTIME | 3.9000 | 15.0000 | 58.50 | FICA EE | 28.43 | 493.12 |
|  |  |  |  | MEDICARE E | 6.65 | 115.34 |
|  |  |  |  | CA WH TAX | 8.92 | 145.25 |
|  |  |  |  | CA SDI | 4.59 | 79.54 |
|  |  |  |  | EEDEP/UNIF | 3.00 | 250.00 |
|  |  |  |  | DIR DEP A | 364.31 | 6156.22 |
| **Total** | 43.9000 |  | 458.50 | **Total** | 458.50 | 7953.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



**ATS** AIRPORT TERMINAL SERVICES
111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 05/10/2013     AMOUNT: 0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Ruth Ashly Alcaraz

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 2-016**

https://my-estub.com/PayStubDetail.aspx?rwhdrnd=0.16058699779570923     7/8/2014