# Exhibit 3




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -  Week: 1.00  YTD: 1.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000200996804 | 88 | 4085 | 6486026470 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A    8667    419.95 | 419.95 | 1,805.00 | 02/04/2013 thru 02/10/2013 | 02/15/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 36.5000 | 10.0000 | 365.00 | FED TAX | 20.39 | 80.10 |
| OVERTIME | 6.7000 | 15.0000 | 100.50 | FICA EE | 31.84 | 111.91 |
| DT | 2.0000 | 20.0000 | 40.00 | MEDICARE E | 7.45 | 26.17 |
| SHIFTAMNT |  |  | 8.00 | CA WH TAX | 3.74 | 14.80 |
|  |  |  |  | CA SDI | 5.13 | 18.05 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 25.00 |
|  |  |  |  | DIR DEP A | 419.95 | 1528.97 |
| Total | 45.2000 |  | 513.50 | Total | 513.50 | 1805.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE 02/15/2013   AMOUNT 0.00

PAY *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

AIRPORT TERMINAL SERVICES, INC.

TO THE ORDER OF  Sasha Amber Mason

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 3-001**

https://my-estub.com/PayStubDetail.aspx?rwhdrnd=0.9355354505854541    7/8/2014



**POWERED BY:**
my eSTUB ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -     Week: 0.00     YTD: 1.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000200998370 | 88 | 4085 | 6486026470 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A    8667    401.74 | 401.74 | 2,295.50 | 02/11/2013 thru 02/17/2013 | 02/22/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 39.3000 | 10.0000 | 393.00 | FED TAX | 18.09 | 98.19 |
| OVERTIME | 6.5000 | 15.0000 | 97.50 | FICA EE | 30.41 | 142.32 |
| | | | | MEDICARE E | 7.11 | 33.28 |
| | | | | CA WH TAX | 3.24 | 18.04 |
| | | | | CA SDI | 4.91 | 22.96 |
| | | | | EEDEP/UNIF | 25.00 | 50.00 |
| | | | | DIR DEP A | 401.74 | 1930.71 |
| Total | 45.8000 | | 490.50 | Total | 490.50 | 2295.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE   02/22/2013         AMOUNT   0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 3-002**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.4755727616311337    7/8/2014




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY:
my eSTUB ELECTRONIC PAY ADVICES

Attend. Points -     Week: 0.00     YTD: 1.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201000046 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A     8667    392.71 | 392.71 | 2,743.00 | 02/18/2013 thru 02/24/2013 | 03/01/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 34.9000 | 10.0000 | 349.00 | FED TAX | 13.79 | 111.98 |
| OVERTIME | 6.5000 | 15.0000 | 97.50 | FICA EE | 27.75 | 170.07 |
| MINIMUM | .1000 | 10.0000 | 1.00 | MEDICARE E | 6.49 | 39.77 |
|  |  |  |  | CA WH TAX | 2.29 | 20.33 |
|  |  |  |  | CA SDI | 4.47 | 27.43 |
|  |  |  |  | EEDEP/UNIF | .00 | 50.00 |
|  |  |  |  | DIR DEP A | 392.71 | 2323.42 |
| Total | 41.5000 |  | 447.50 | Total | 447.50 | 2743.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    AMOUNT
03/01/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 3-003**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.42336154262296793    7/8/2014



**POWERED BY:** my eSTUB ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -    Week: 0.00    YTD: 1.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201001609 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    8667    246.77 | 246.77 | 3,040.50 | 02/25/2013 thru 03/03/2013 | 03/08/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 18.6000 | 10.0000 | 186.00 | FED TAX | .00 | 111.98 |
| OVERTIME | .9000 | 15.0000 | 13.50 | FICA EE | 18.44 | 188.51 |
| MINIMUM | 1.8000 | 10.0000 | 18.00 | MEDICARE E | 4.31 | 44.08 |
| TRAINING | 6.4000 | 10.0000 | 64.00 | CA WH TAX | .00 | 20.33 |
| SHIFTAMNT | | | 16.00 | CA SDI | 2.98 | 30.41 |
| | | | | EEDEP/UNIF | 25.00 | 75.00 |
| | | | | DIR DEP A | 246.77 | 2570.19 |
| Total | 27.7000 | | 297.50 | Total | 297.50 | 3040.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    AMOUNT
03/08/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 3-004**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.5240503415060764    7/8/2014




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -    Week: 0.00    YTD: 1.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201003287 | 88 | 4085 | 6486026470 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A   8667   302.67 | 302.67 | 3,374.50 | 03/04/2013 thru 03/10/2013 | 03/15/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 32.6000 | 10.0000 | 326.00 | FED TAX | 2.44 | 114.42 |
| SHIFTAMNT |  |  | 8.00 | FICA EE | 20.71 | 209.22 |
|  |  |  |  | MEDICARE E | 4.84 | 48.92 |
|  |  |  |  | CA WH TAX | .00 | 20.33 |
|  |  |  |  | CA SDI | 3.34 | 33.75 |
|  |  |  |  | EEDEP/UNIF | .00 | 75.00 |
|  |  |  |  | DIR DEP A | 302.67 | 2872.86 |
| Total | 32.6000 |  | 334.00 | Total | 334.00 | 3374.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 03/15/2013    AMOUNT: 0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.9189241613344032

**Complaint Exhibit 3-005**

7/8/2014



**POWERED BY:** my-eStub ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -   Week: 1.00   YTD: 2.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201004849 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    8667    319.83 | 319.83 | 3,761.50 | 03/11/2013 thru 03/17/2013 | 03/22/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 37.9000 | 10.0000 | 379.00 | FED TAX | 7.74 | 122.16 |
| SHIFTAMNT | | | 8.00 | FICA EE | 23.99 | 233.21 |
| | | | | MEDICARE E | 5.61 | 54.53 |
| | | | | CA WH TAX | .96 | 21.29 |
| | | | | CA SDI | 3.87 | 37.62 |
| | | | | EEDEP/UNIF | 25.00 | 100.00 |
| | | | | DIR DEP A | 319.83 | 3192.69 |
| Total | 37.9000 | | 387.00 | Total | 387.00 | 3761.50 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE: 03/22/2013   AMOUNT: 0.00

PAY    ***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***

TO THE ORDER OF   Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 3-006**

https://my-estub.com/PayStubDetail.aspx?rwhdrnd=0.4109434964759604   7/8/2014



**POWERED BY:**
my-eSTUB ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -     Week: 2.00     YTD: 4.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201006607 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    8667    255.90 | 255.90 | 4,069.00 | 03/18/2013 thru 03/24/2013 | 03/29/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 29.2000 | 10.0000 | 292.00 | FED TAX | .00 | 122.16 |
| OVERTIME | .5000 | 15.0000 | 7.50 | FICA EE | 19.07 | 252.28 |
| SHIFTAMNT |  |  | 8.00 | MEDICARE E | 4.46 | 58.99 |
|  |  |  |  | CA WH TAX | .00 | 21.29 |
|  |  |  |  | CA SDI | 3.07 | 40.69 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 125.00 |
|  |  |  |  | DIR DEP A | 255.90 | 3448.59 |
| Total | 29.7000 |  | 307.50 | Total | 307.50 | 4069.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE         AMOUNT
03/29/2013     0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?fwndfnd=0.20911279596041776    7/8/2014

**Complaint Exhibit 3-007**

Airport Terminal Services - Sasha Amber Mason - Powered By: my-eStub.com   Page 1 of 1



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146



POWERED BY:

Attend. Points -       Week: 0.00       YTD: 4.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201008173 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    8667    327.74 | 327.74 | 4,466.00 | 03/25/2013 thru 03/31/2013 | 04/05/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 38.9000 | 10.0000 | 389.00 | FED TAX | 8.74 | 130.90 |
| SHIFTAMNT | | | 8.00 | FICA EE | 24.61 | 276.89 |
| | | | | MEDICARE E | 5.76 | 64.75 |
| | | | | CA WH TAX | 1.18 | 22.47 |
| | | | | CA SDI | 3.97 | 44.66 |
| | | | | EEDEP/UNIF | 25.00 | 150.00 |
| | | | | DIR DEP A | 327.74 | 3776.33 |
| Total | 38.9000 | | 397.00 | Total | 397.00 | 4466.00 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE         AMOUNT
04/05/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 3-008**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.05143349107410017                    7/8/2014



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my-eSTUB ELECTRONIC PAY ADVICES

Attend. Points -     Week: 1.00     YTD: 5.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201009733 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A     8667     364.10 | 364.10 | 4,908.93 | 04/01/2013 thru 04/07/2013 | 04/12/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 27.6000 | 10.0000 | 276.00 | FED TAX | 13.33 | 144.23 |
| OVERTIME | 7.8000 | 15.0000 | 117.00 | FICA EE | 27.46 | 304.35 |
| REGULAR LD | 3.9000 | 10.7500 | 41.93 | MEDICARE E | 6.42 | 71.17 |
| SHIFTAMNT | | | 8.00 | CA WH TAX | 2.19 | 24.66 |
| | | | | CA SDI | 4.43 | 49.09 |
| | | | | EEDEP/UNIF | 25.00 | 175.00 |
| | | | | DIR DEP A | 364.10 | 4140.43 |
| Total | 39.3000 | | 442.93 | Total | 442.93 | 4908.93 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE     AMOUNT
04/12/2013     0.00

PAY     *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF     Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 3-009**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.024798377031015173     7/8/2014



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -         Week: 2.00    YTD: 7.00

Sasha Amber Mason



| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201011362 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A      8667    274.41 | 274.41 | 5,238.93 | 04/08/2013 thru 04/14/2013 | 04/19/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 29.1000 | 10.0000 | 291.00 | FED TAX | 2.04 | 146.27 |
| OVERTIME | 2.6000 | 15.0000 | 39.00 | FICA EE | 20.46 | 324.81 |
|  |  |  |  | MEDICARE E | 4.79 | 75.96 |
|  |  |  |  | CA WH TAX | .00 | 24.66 |
|  |  |  |  | CA SDI | 3.30 | 52.39 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 200.00 |
|  |  |  |  | DIR DEP A | 274.41 | 4414.84 |
| Total |  31.7000 |  |  330.00 | Total | 330.00 | 5238.93 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    04/19/2013          AMOUNT    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -   Week: 0.00   YTD: 7.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201014631 | 88 | 4085 | 6486026470 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A  8667  289.85 | 289.85 | 5,834.16 | 04/22/2013 thru 04/28/2013 | 05/03/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 27.2000 | 10.0000 | 272.00 | FED TAX | .86 | 147.13 |
| REGULAR LD | 4.3000 | 10.7500 | 46.23 | FICA EE | 19.73 | 361.72 |
|  |  |  |  | MEDICARE E | 4.61 | 84.59 |
|  |  |  |  | CA WH TAX | .00 | 24.66 |
|  |  |  |  | CA SDI | 3.18 | 58.34 |
|  |  |  |  | EEDEP/UNIF | .00 | 225.00 |
|  |  |  |  | DIR DEP A | 289.85 | 4932.72 |
| Total | 31.5000 |  | 318.23 | Total | 318.23 | 5834.16 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE 05/03/2013   AMOUNT 0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?fwidnid=0.9429622631379009

**Complaint Exhibit 3-011**

7/8/2014




Airport Terminal Services - Sasha Amber Mason - Powered By: my-eStub.com    Page 1 of 1

**POWERED BY:**
my eSTUB ELECTRONIC PAY ADVICES

111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

Attend. Points -        Week: 0.00        YTD: 7.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201016223 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A    8667    268.73 | 268.73 | 6,157.16 | 04/29/2013 thru 05/05/2013 | 05/10/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 31.5000 | 10.0000 | 315.00 | FED TAX | 1.34 | 148.47 |
| SHIFTAMNT | | | 8.00 | FICA EE | 20.02 | 381.74 |
| | | | | MEDICARE E | 4.68 | 89.27 |
| | | | | CA WH TAX | .00 | 24.66 |
| | | | | CA SDI | 3.23 | 61.57 |
| | | | | EEDEP/UNIF | 25.00 | 250.00 |
| | | | | DIR DEP A | 268.73 | 5201.45 |
| Total | 31.5000 | | 323.00 | Total | 323.00 | 6157.16 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
| | | |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE 05/10/2013        AMOUNT 0.00

PAY     *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF    Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.18348250076673655        7/8/2014

**Complaint Exhibit 3-012**



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my-eStub ELECTRONIC PAY ADVICES

Attend. Points -       Week: 0.00       YTD: 7.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201017878 | 88 | 4085 | 6486026470 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A    8667    291.32 | 291.32 | 6,508.16 | 05/06/2013 thru 05/12/2013 | 05/17/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 31.5000 | 10.0000 | 315.00 | FED TAX | 4.14 | 152.61 |
| OVERTIME | 2.4000 | 15.0000 | 36.00 | FICA EE | 21.77 | 403.51 |
|  |  |  |  | MEDICARE E | 5.09 | 94.36 |
|  |  |  |  | CA WH TAX |  .17 | 24.83 |
|  |  |  |  | CA SDI | 3.51 | 65.08 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 275.00 |
|  |  |  |  | DIR DEP A | 291.32 | 5492.77 |
| Total | 33.9000 |  | 351.00 | Total | 351.00 | 6508.16 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE 05/17/2013       AMOUNT 0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx...   Complaint Exhibit 3-013   ...6309   7/8/2014



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY: my eSTUB ELECTRONIC PAY ADVICES

Attend. Points -    Week: 1.00    YTD: 8.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201019401 | 88 | 4085 | 6486026470 |
| DIRECT DEPOSIT DETAILS | NET PAY | YTD GROSS | PAY PERIOD | CHECK DATE |
| DIR DEP A   8667   229.29 | 229.29 | 6,759.16 | 05/13/2013 thru 05/19/2013 | 05/24/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 25.1000 | 10.0000 | 251.00 | FED TAX | .00 | 152.61 |
|  |  |  |  | FICA EE | 15.56 | 419.07 |
|  |  |  |  | MEDICARE E | 3.64 | 98.00 |
|  |  |  |  | CA WH TAX | .00 | 24.83 |
|  |  |  |  | CA SDI | 2.51 | 67.59 |
|  |  |  |  | EEDEP/UNIF | .00 | 275.00 |
|  |  |  |  | DIR DEP A | 229.29 | 5722.06 |
| Total | 25.1000 |  | 251.00 | Total | 251.00 | 6759.16 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE  05/24/2013      AMOUNT  0.00

PAY   *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF   Sasha Amber Mason

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

**Complaint Exhibit 3-014**

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.94792293377271      7/8/2014




111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

POWERED BY:

Attend. Points -        Week: 0.00        YTD: 8.00

Sasha Amber Mason

| EMPLOYEE NAME | CHECK NO | FA | DEPT | EMP NO |
|---|---|---|---|---|
| Sasha Amber Mason | 000201021021 | 88 | 4085 | 6486026470 |
| **DIRECT DEPOSIT DETAILS** | **NET PAY** | **YTD GROSS** | **PAY PERIOD** | **CHECK DATE** |
| DIR DEP A     8667     233.53 | 233.53 | 7,042.16 | 05/20/2013 thru 05/26/2013 | 05/31/2013 |

| EARNINGS | HRS/UNITS | PAY RATE | GROSS | DEDUCTIONS | CURRENT | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 23.4000 | 10.0000 | 234.00 | FED TAX | .00 | 152.61 |
| OVERTIME | .4000 | 15.0000 | 6.00 | FICA EE | 17.54 | 436.61 |
| REGULAR LD | 4.0000 | 10.7500 | 43.00 | MEDICARE E | 4.10 | 102.10 |
|  |  |  |  | CA WH TAX | .00 | 24.83 |
|  |  |  |  | CA SDI | 2.83 | 70.42 |
|  |  |  |  | EEDEP/UNIF | 25.00 | 300.00 |
|  |  |  |  | DIR DEP A | 233.53 | 5955.59 |
| Total | 27.8000 |  | 283.00 | Total | 283.00 | 7042.16 |

| BENEFITS | HRS/DLLRS | Y-T-D |
|---|---|---|
|  |  |  |



111 Westport Plaza * Suite 400
St. Louis, Missouri 63146

DATE    AMOUNT
05/31/2013    0.00

PAY    *VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID***VOID*

TO THE ORDER OF

AIRPORT TERMINAL SERVICES, INC.

DIRECT DEPOSIT NOTICE

https://my-estub.com/PayStubDetail.aspx?rwndrnd=0.6775045719834494        7/8/2014

Complaint Exhibit 3-015