# Exhibit 4

Gideon Pederson

October 2, 2015

Airport Terminal Services, Inc.
c/o Registered Agent for Service of Process
CT Corporation System
818 West Seventh St Ste 930
Los Angeles CA 90017

Re: <u>Airport Terminal Servces Inc., – Request for Cal. Lab. Code sec. 226 and 1198.5 Records for Gideon Pederson</u>

To ATS:

Pursuant to section 226 of the California Labor Code and pursuant to section 1198.5 of the California Labor Code and other applicable regulations, as adopted by the Industrial Welfare Commission, it is requested that you promptly furnish to me "the records pertaining to" my employment including the following: (1) The itemized statements referred to in section 226(a) of the California Labor Code; (2) The statement of total hours worked; (3) All deductions taken from gross pay; (4) Net wages earned; (5) The name and address of the legal entity who or which is the employer; (6) All applicable hourly rates in effect during the pay period and the corresponding number of hours worked at each hourly rate by the employee; (7) "time records showing when the employee begins and ends each work period [including] [m]eal periods, split shift intervals and total daily hours worked;" (8) Any documents I signed during my employment; (9) Any employee reviews of disciplinary write-ups and any employee handbook(s) as well as any other documents ATS maintains regarding my performance or any grievance concerning my employment. Please provide the documents directly my representatives at:

Harris & Ruble
655 North Central Avenue, 17th Floor
Glendale CA 91203

Very truly yours,

Gideon Pederson

cc: Airport Terminal Services Inc., HR/Legal Department, 111 Westport Plz Dr Ste 400, Saint Louis MO 63146

**Complaint Exhibit 4-001**