# Exhibit 7

# FLSA CONSENT FORM

Pursuant to the provisions of 29 U.S.C. § 216(b), the Fair Labor Standards Act, I hereby consent to be a party plaintiff to this action.

7/7/15
/Date

*Sasha Masa*
Print Name

*[signature]*
Signature

# FLSA CONSENT FORM

Pursuant to the provisions of 29 U.S.C. § 216(b), the Fair Labor Standards Act, I hereby consent to be a party plaintiff to this action.

_07/07/15_
Date

_RUTH ASHLY ALCARAZ_
Print Name

_[signature]_
Signature

8

# FLSA CONSENT FORM

Pursuant to the provisions of 29 U.S.C. § 216(b), the Fair Labor Standards Act, I hereby consent to be a party plaintiff to this action.

7-7-15
Date

Gideon Pedersen
Print Name

*[signature]*
Signature

8