| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Alan Harris (SBN 146079) <br> Priya Mohan (SBN 228984) <br> HARRIS & RUBLE <br> 655 North Central Avenue 17th Floor <br> Glendale, California 91203 <br> Telephone: (323) 962-3777 <br> Facsimile: (323) 962-3004 | |
| ATTORNEY(S) FOR: Plaintiffs G. Pederson, R. Alcaraz and S. Mason | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, et al., <br> Plaintiff(s), <br> v. <br> AIRPORT TERMINAL SERVICES, INC. <br> Defendant(s) | CASE NUMBER: <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   G. Pederson, R. Alcaraz and S. Mason
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Airport Terminal Services, Inc. | Defendant |

November 19, 2015            /s/ Alan Harris
Date                          Signature

Attorney of record for (or name of party appearing in pro per):

Alan Harris

CV-30 (05/13)                **NOTICE OF INTERESTED PARTIES**