# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. Pederson, et al. | CASE NUMBER |
| | 5:15-cv-02400-PA (SPx) |
| v. PLAINTIFF(S) | |
| | ORDER RE TRANSFER PURSUANT |
| Airport Terminal Services, Inc | TO GENERAL ORDER 14-03 |
| | (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

12/10/15
Date

Virginia A. Phillips
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
Date

_____
United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case  5:11-cv-01946-VAP(SPx)  and the present case:

- [✓] A. Arise from the same or closely related transactions, happenings or events; or
- [✓] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [✓] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ___N/A___ to Magistrate Judge ___N/A___.

On all documents subsequently filed in this case, please substitute the initials ___VAP(SPx)___ after the case number in place of the initials of the prior judge, so that the case number will read ___5:15-cv-02400-VAP(SPx)___. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [✓] Previous Judge  [ ] Statistics Clerk

CV-34 (06/14)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)