Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT; [PROPOSED] ORDER** |

Plaintiffs G. Pederson, R. Alcaraz, and S. Mason (collectively "Plaintiffs"), and Defendant Airport Terminal Services, Inc. ("ATS") (collectively, the "Parties"), hereby jointly stipulate as follows:

WHEREAS, Plaintiffs filed the original complaint in this action in the above referenced court on November 20, 2016;

WHEREAS, on January 25, 2016, Plaintiffs filed a First Amended Complaint to amend the existing complaint to clarify that they were pursuing a cause of action arising under the California Labor Code Private Attorney Generals Act, California Labor Code section 2698, *et seq*. ("LCPAGA"), and to add Richard B. Hawes and Sally A Leible as additional Defendants;

WHEREAS, after meeting and conferring, the Parties are in agreement that Defendants Richard B. Hawes and Sally A. Leible should be dismissed from this case without prejudice;

WHEREAS, Plaintiffs and ATS have agreed to engage in an early mediation in an attempt to settle this case in lieu of incurring unnecessary costs and engaging in motion practice;

NOW, THEREFORE, it is stipulated that:

1.  Plaintiffs may file the Second Amended Complaint ("SAC") attached as Exhibit 1 to the Notice of Lodging [Proposed] Second Amended Complaint. The proposed SAC lodged herewith shall be deemed filed on the date the Court executes the concurrently filed Proposed Order.

2.  Defendant's response to the SAC shall be filed within thirty days after the date of the mediation between the Parties, which the Parties will schedule for no later than July 2016.

//

//

//

3. By stipulating to this amendment, Defendant in no way agrees to, and instead expressly reserves its right to challenge by any and all available procedural means, the validity or sufficiency of each and every allegation contained in the SAC.

DATED: April 7, 2016　　　　　　　　　　HARRIS & RUBLE
　　　　　　　　　　　　　　　　　　　　LAW OFFICES OF JOHN P. DORIGAN

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Alan Harris*
　　　　　　　　　　　　　　　　　　　　Alan Harris
　　　　　　　　　　　　　　　　　　　　John P. Dorigan
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

DATED: April 7, 2016　　　　　　　　　　SEYFARTH SHAW LLP

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Simon Yang*
　　　　　　　　　　　　　　　　　　　　Aaron Lubeley
　　　　　　　　　　　　　　　　　　　　Simon L. Yang
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*