1    Alan Harris (SBN 146079)
     Priya Mohan (SBN 228984)
2    HARRIS & RUBLE
     655 North Central Ave.
3    Glendale, California 91203
     Telephone: (323) 962-3777
4    Facsimile: (323) 962-3004
     aharris@harrisandruble.com
5    pmohan@harrisandruble.com

6    John P. Dorigan (SBN 98964)
     LAW OFFICES OF JOHN P. DORIGAN
7    600 Canterbury Lane
     Sagamore Hills, Ohio 44067
8    Telephone: (330) 748-4475
     Facsimile: (330) 748-4475
9    jpdorigan@aol.com

10   *Attorneys for Plaintiffs*

11              **UNITED STATES DISTRICT COURT**

12       **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

13

14   G. PEDERSON, R. ALCARAZ, and S.           Case No. 5:15-cv-02400-VAP-SP
     MASON, individually and on behalf of all   *Assigned to Hon. Virginia A. Phillips*
15   others similarly situated, and on behalf of
     aggrieved employees, the people of the     **[PROPOSED] ORDER GRANTING
16   State of California and the Labor          STIPULATION TO FILING OF
     Commissioner,                              SECOND AMENDED COMPLAINT**

17              Plaintiffs,

18        v.

19   AIRPORT TERMINAL SERVICES,
     INC.,
20
                Defendants.
21

22

23

24

25

26

27

28

1    IT IS HEREBY ORDERED, upon review of the Stipulation of the Parties filed

2  herewith and for good cause shown:

3    1.    The proposed Second Amended Complaint attached as Exhibit 1 to the

4  Notice of Lodging [Proposed] Second Amended Complaint shall be deemed filed as of

5  the date the Court enters this Order.

6    2.    The deadline for Defendant to file an answer or other responsive pleading to

7  the Second Amended Complaint shall be thirty (30) days after the date of the mediation

8  between the Parties, which the Parties will schedule for no later than July 2016.

9

10  IT IS SO ORDERED.

11

12  DATED:_____

13                                                          _____
                                                            The Honorable Virginia A. Phillips
14                                                          United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28