Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone:  (330) 748-4475
Facsimile:  (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>    Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**PLAINTIFFS' NOTICE OF LODGING [PROPOSED] SECOND AMENDED COMPLAINT** |

1  **PLEASE TAKE NOTICE** that Plaintiffs G. Pederson, R. Alcaraz, and S. Mason hereby lodge the [Proposed] Second Amended Complaint attached hereto as Exhibit 1.

DATED: April 7, 2016

Respectfully submitted,

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

*/s/ Alan Harris*

Alan Harris
John P. Dorigan
*Attorneys for Plaintiffs*