Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

NOTE: CHANGES MADE BY THE COURT

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>  Plaintiffs,<br><br>  v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>  Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**[PROPOSED] ORDER ON STIPULATION TO FILING OF SECOND AMENDED COMPLAINT** |

IT IS HEREBY ORDERED, upon review of the Stipulation of the Parties filed herewith and for good cause shown:

1. **Plaintiff is directed to file the proposed** Second Amended Complaint attached as Exhibit 1 to the Notice of Lodging [Proposed] Second Amended Complaint **forthwith** ~~shall be deemed filed as of the date the Court enters this Order.~~

2. The deadline for Defendant to file an answer or other responsive pleading to the Second Amended Complaint shall be thirty (30) days after the date of the mediation between the Parties, which the Parties will schedule for no later than July 2016.

IT IS SO ORDERED.

DATED:_April 12, 2016_____

_____
The Honorable Virginia A. Phillips
United States District Judge