**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



| | |
|---|---|
| G. Pederson, et al.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Airport Terminal Services, Inc.,<br><br>　　　　　Defendant. | EDCV 15-02400-VAP-SP<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

　　On November 20, 2015, Plaintiff filed the Complaint in this action. (Doc. No. 1.) On April 12, 2016, the Court ordered Plaintiff to file a Second Amended Complaint, and ordered Defendant to respond thirty days after the mediation between the parties, which the parties scheduled for July 2016. (Doc. No. 17.) Plaintiff filed the Second Amended Complaint on April 14, 2016. (Doc. No. 18.) Defendant has not yet answered the Second Amended Complaint. Plaintiff has not filed a request to enter default against Defendants.

　　Accordingly, the Court ORDERS Plaintiff to show cause in writing, not later than August 29, 2016, why this action should not be dismissed for failure to prosecute. Plaintiff may respond to this Order by filing a request to enter Defendant's default, or by filing a notice of settlement. Failure to file a timely response to this Order to Show Cause will result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated:     8/15/16

_____
Virginia A. Phillips
Chief United States District Judge