Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendant. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**PLAINTIFFS' RESPONSE TO AUGUST 15, 2016 ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

Plaintiffs G. Pederson, R. Alcaraz, and S. Mason (collectively "Plaintiffs") hereby respond to the Court's August 15, 2016 Order to Show Cause for Failure to Prosecute [ECF Doc. 19].

On April 12, 2016 the Court granted the parties' Stipulation for Filing of a Second Amended Complaint and issued an order permitting Plaintiffs to file a Second Amended Complaint ("SAC"), and ordering the Defendant to respond to the SAC within thirty days after mediation between the parties [ECF Doc. 17]. The parties' last mediation session with Mediator Lisa Klerman occurred on August 9, 2016.

Plaintiffs have been diligent in prosecuting this case and respectfully state that it should not be dismissed. Since mediation, the parties have continued to work with Ms. Klerman and each other to explore the possibility of an early, mediated resolution. The parties and the mediator have agreed that continued mediation efforts to attempt to settle this case, in lieu of incurring unnecessary costs or engaging in motion practice, are in the interests of both the parties and the Court. Therefore, Plaintiffs request that the Court grant the parties' Stipulation for a Stay to Continue Mediated Settlement Discussions that has been concurrently filed herewith.

DATED: August 29, 2016

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

*/s/ Alan Harris*

Alan Harris
John P. Dorigan
*Attorneys for Plaintiffs*