Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone:  (330) 748-4475
Facsimile:  (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>        Plaintiffs,<br><br>      v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>        Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**STIPULATION FOR STAY TO CONTINUE MEDIATED SETTLEMENT DISCUSSIONS; [PROPOSED] ORDER** |

Plaintiffs G. Pederson, R. Alcaraz, and S. Mason, on the one hand, and Defendant Airport Terminal Services, Inc., on the other hand, hereby jointly stipulate as follows:

WHEREAS, the Court on April 12, 2016, upon review of the Parties' stipulation and for good cause shown granted Plaintiffs leave to file the operative Second Amended Complaint ("SAC"), which was filed on April 14, 2016;

WHEREAS, the Court on April 12, 2016, upon review of the Parties' stipulation and for good cause shown also ordered that the deadline for Defendant to file a responsive pleading to the SAC be thirty (30) days after the date of a mediation;

WHEREAS, the Parties' last mediation session occurred on August 9, 2016, and Defendant's deadline to file a responsive pleading to the SAC is September 8, 2016;

WHEREAS, the Parties are continuing to work with the mediator and each other to explore the possibility of an early mediated resolution;

WHEREAS, the Parties and mediator have agreed that continuing mediated efforts to attempt to settle this case, in lieu of incurring unnecessary costs or engaging in motion practice, are in the interests of both the Parties and the Court.

///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION FOR STAY TO CONTINUE MEDIATED SETTLEMENT DISCUSSIONS; [PROPOSED] ORDER

NOW, THEREFORE, it is stipulated that:

1.      The matter shall be stayed through November 7, 2016.

2.      The deadline to file a responsive pleading to the SAC shall be continued for sixty (60) days from September 8, 2016, to November 7, 2016.

3.      By stipulating to this amendment, Defendant in no way agrees to, and instead expressly reserves its right to challenge by any and all available procedural means, the validity or sufficiency of allegations contained in the SAC.

Respectfully submitted

DATED:  August 29, 2016                    HARRIS & RUBLE
                                           LAW OFFICES OF JOHN P. DORIGAN

                                                   */s/ Alan Harris*
                                           Alan Harris
                                           John P. Dorigan
                                           *Attorneys for Plaintiffs*


DATED:  August 29, 2016                    SEYFARTH SHAW LLP

                                                   */s/ Simon Yang*
                                           Aaron R. Lubeley
                                           Simon L. Yang
                                           *Attorneys for Defendant*