Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

**FILED**
CLERK, U.S. DISTRICT COURT
SEP 01, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION FOR STAY TO CONTINUE MEDIATED SETTLEMENT DISCUSSIONS** |

IT IS HEREBY ORDERED, upon review of the Stipulation of the Parties filed herewith and for good cause shown:

1. The matter shall be stayed through November 7, 2016.

2. The deadline to file a responsive pleading to the SAC shall be continued for sixty (60) days from September 8, 2016, to November 7, 2016.

IT IS SO ORDERED.

DATED:__September 01, 2016_____

*Virginia A. Phillips*
The Honorable Virginia A. Phillips
Chief United States District Judge

2
[PROPOSED] ORDER GRANTING STIPULATION FOR STAY TO CONTINUE MEDIATED SETTLEMENT DISCUSSIONS