1  SEYFARTH SHAW LLP
   Aaron R. Lubeley (SBN 260286)
2  alubeley@seyfarth.com
   Simon L. Yang (SBN 260286)
3  syang@seyfarth.com
   333 South Hope Street, Suite 3900
4  Los Angeles, California 90071
   Telephone:   (213) 270-9600
5  Facsimile:   (213) 270-9601

6  Attorneys for Defendant
   AIRPORT TERMINAL SERVICES, INC.
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

10

11

12 | G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner, | CASE NO. 5:15-cv-02400-VAP-SP

[*The Honorable Virginia A. Phillips*]

**NOTICE OF APPEARANCE OF AARON R. LUBELEY AS COUNSEL OF RECORD FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.**

Plaintiffs,

v.

AIRPORT TERMINAL SERVICES, INC.,

Defendants.

**TO THE CLERK OF THE COURT AND PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Aaron R. Lubeley of the law firm of Seyfarth Shaw LLP, located at 333 South Hope Street, Suite 3900, Los Angeles, California 90071, hereby appears as attorney of record, together with other attorneys of record, on behalf of Defendant Airport Terminal Services, Inc.

DATED: December 12, 2016              SEYFARTH SHAW LLP

                                      By   /s/ Aaron R. Lubeley
                                           Aaron R. Lubeley
                                           Simon L. Yang

                                      Attorneys for Defendant
                                      AIRPORT TERMINAL SERVICES, INC.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss
COUNTY OF LOS ANGELES  )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On December 12, 2016, I served the within documents:

**NOTICE OF APPEARANCE OF AARON R. LUBELEY AS COUNSEL OF RECORD FOR DEFENDANT AIRPORT TERMINAL SERVICES, INC.'S**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☒ electronically by using the Court's ECF/CM System.

| Alan Harris, Esq. | John P. Dorigan, Esq. |
| --- | --- |
| Priya Mohan, Esq. | LAW OFFICES OF JOHN P. DORIGAN |
| HARRIS & RUBBLE | 600 Centerbury Lane |
| 655 North Central Avenue | Sagamore Hills, Ohio 44067 |
| Glendale, CA 91203 | Tel: (330) 748-4475 |
| Tel: (818) 962-3777 | Fax: (330) 748-4475 |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on December 12, 2016, at Los Angeles, California.

Blanca Guerra