**Name, Address and Telephone Number of Attorney(s)**
Alan Harris (SBN 146079), Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Avenue, 17th Floor,
Glendale, CA 91203
Tel: (323) 962-3777, aharris@harrisandruble.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. Pederson, R. Alcaraz, and S. Mason, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, et al.<br><br>Plaintiff(s) | CASE NUMBER<br><br>5:15-cv-02400-VAP-SP |
| v.<br><br>AIRPORT TERMINAL SERVICES, INC.<br><br>Defendant(s) | REQUEST:<br>ADR PROCEDURE SELECTION |

Pursuant to Civil L.R.16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☐ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel for mediation.

☑ **ADR PROCEDURE NO. 3** - The parties ~~shall~~ **have** participate**d** in a private dispute resolution proceeding.[1]

Dated: January 23, 2017        /s/ Alan Harris _____

                               Attorney for Plaintiffs Pederson, Alcaraz, and Mason

Dated: January 23, 2017        /s/ Simon L. Yang _____

                               Attorney for Defendant Airport Terminal Services, Inc.

NOTE: If additional signatures are required, attach an additional page to this request.

---

[1] **In this case, the parties already have engaged in an early private mediation. No settlement was achieved, although settlement discussions are still ongoing. The Parties continue to work with each other to attempt resolution but propose ADR Procedure No. 3, i.e., a private dispute resolution proceeding, if another ADR Procedure must be selected.**