UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 15-02400 VAP (SPx) | Date | 1/30/2017 |
| Title | G. Pederson, et al v. Airport Terminal Services, Inc. | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Phyllis Preston |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| D. Alan Harris | Simon L. Yang |
| Priya Mohan | |

**Proceedings:** SCHEDULING CONFERENCE

      Matter called.  Counsel present.  Court and counsel confer regarding the status of the case.  Having heard from counsel, Court sets date for the filing and hearing of Class Certification Motion.  Plaintiff shall file their Rule 23 motion by no later than June 19, 2017.  Opposition shall be filed within two weeks of the filing of the motion, and reply shall be filed one week thereafter.  Hearing on motion shall be set for July 24, 2017.  Counsel shall submit stipulation to the Court regarding discovery.  Court defers setting scheduling dates.

      **IT IS SO ORDERED.**