Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

Aaron R. Lubeley (SBN 199837)
Simon L. Yang (SBN 260286)
SEYFARTH SHAW LLP
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
alubeley@seyfarth.com
syang@seyfarth.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**STIPULATION FOR STAY TO CONTINUE SETTLEMENT DISCUSSIONS AND TO CONTINUE DEADLINES FOR CLASS CERTIFICATION MOTIONS; [PROPOSED] ORDER** |

1    Plaintiffs G. Pederson, R. Alcaraz, and S. Mason, and Defendant Airport Terminal
2    Services, Inc., through their respective counsel of record, hereby stipulate as follows:
3    WHEREAS, the Parties filed their Joint Rule 26(f) Conference Report on January
4    23, 2017, and informed the Court that the Parties already had engaged in an early private
5    mediation but were unable to resolve the matter;
6    WHEREAS, the Parties appeared before the Court for a Scheduling Conference on
7    January 30, 2017, and the Court ordered (i) the parties to submit a stipulation to the Court
8    regarding discovery, (ii) Plaintiffs to file their Rule 23 motion by no later than June 19,
9    2017, and (iii) the scheduling of other dates to be deferred;
10   WHEREAS, the Parties have continued to informally pursue settlement
11   negotiations and agreed to continue working with Mediator Lisa Klerman, who was
12   successful in previously achieving a settlement in the related case, <u>McDonald v. Airport
13   Terminal Services, Inc.</u>, Case No. CV 11-01146 VAP (SPx);
14   WHEREAS, the Parties have not previously requested and the Court has not
15   previously extended the time to file Rule 23 motions;
16   WHEREAS, the Parties have agreed that continuing efforts to settle the case,
17   before the filing of Rule 23 motions and before engaging in certain discovery or motion
18   practice, is in the interests of both the Parties and the Court; and
19   WHEREAS, the Parties have agreed that staying the matter for approximately 90
20   days would enable the Parties to focus on continuing efforts to settle the case.
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

**NOW, THEREFORE, it is hereby stipulated and agreed that:**

1. The matter shall be stayed for approximately 13 weeks through August 7, 2017.

2. The deadlines for Rule 23 motions shall be continued for 13 weeks after August 7, 2017.

DATED: May 9, 2017        HARRIS & RUBLE
                          LAW OFFICES OF JOHN P. DORIGAN

                          */s/ Alan Harris*
                          Alan Harris
                          John P. Dorigan
                          *Attorneys for Plaintiffs*

DATED: May 9, 2017        SEYFARTH SHAW LLP

                          */s/ Simon L. Yang*
                          Aaron R. Lubeley
                          Simon L. Yang
                          *Attorneys for Defendant*