Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone:  (323) 962-3777
Facsimile:  (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone:  (330) 748-4475
Facsimile:  (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>    Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**DECLARATION OF ALAN HARRIS IN SUPPORT OF STIPULATION FOR STAY TO CONTINUE SETTLEMENT DISCUSSIONS AND TO CONTINUE DEADLINES FOR CLASS CERTIFCATION MOTIONS** |

## DECLARATION OF ALAN HARRIS

I, ALAN HARRIS, declare:

     1.    I am an attorney licensed to practice in the State of California and am one of the attorneys of record for Plaintiffs  G. Pederson, R. Alcaraz, and S. Mason (collectively "Plaintiffs") in the above-entitled matter.  I make this Declaration in support of the Plaintiffs and Defendant Airport Terminal Services, Inc. ("ATS") Stipulation for Stay to Continue Settlement Discussions and To Continue Deadlines for Class Certification Motions.

     2.    In my opinion, good cause exists for the Court to grant the parties' stipulation for a brief stay in this case.  The parties have engaged in settlement discussions since the inception of this case both informally and through a private mediation, assisted by Mediator Lisa Klerman.  Ms. Klerman was a partner in the employment law department at Morrison & Foerster while she was a practicing attorney.  Ms. Klerman is a Clinical Associate Professor of Law at USC Law School, and is the Director of the Judith Hollinger Program in Alternative Dispute Resolution.  Ms. Klerman also directs the USC Law School Mediation Clinic.  Her qualifications can be found on her website:  http://www.lisaklerman.com/professional.summary.html (last accessed May 9, 2017).

     3.    Mediator Klerman was successful in assisting the parties in achieving a settlement in the related case, <u>McDonald v. Airport Terminal Services, Inc.</u>, Case No.CV 11-01146 VAP (SPx).  The Parties are continuing to work with Mediator Lisa Klerman toward achieving a resolution in this case.  The requested brief stay and continuance of the class certification deadines will benefit all parties in that they will be able to continue settlement negotiations and engage in informal discovery procedures before engaging in all of the time and expense of extensive formal discovery and class certification briefing.

//

//

//

4.      For the foregoing reasons, the undersigned respectfully requests this Court issue an Order granting the Parties' Stipulation for Stay to Continue Settlement Discussions and to Continue Deadlines for Class Certification Motions.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 9th day of May, 2017 at Los Angeles, California.


                                                    */s/ Alan Harris*
                                                    Alan Harris