Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

Aaron R. Lubeley (SBN 199837)
Simon L. Yang (SBN 260286)
SEYFARTH SHAW LLP
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
alubeley@seyfarth.com
syang@seyfarth.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**STIPULATION FOR STAY TO CONTINUE SETTLEMENT DISCUSSIONS AND TO CONTINUE DEADLINE FOR RULE 23 MOTIONS; [PROPOSED] ORDER** |

Plaintiffs G. Pederson, R. Alcaraz, and S. Mason, and Defendant Airport Terminal Services, Inc., through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties filed their Joint Rule 26(f) Conference Report on January 23, 2017, and informed the Court that the Parties already had engaged in an early private mediation but were unable to resolve the matter;

WHEREAS, the Parties appeared before the Court for a Scheduling Conference on January 30, 2017, and the Court ordered (i) the parties to submit a stipulation to the Court regarding discovery, (ii) Plaintiffs to file their Rule 23 motion by no later than June 19, 2017, and (iii) the scheduling of other dates to be deferred;

WHEREAS, on May 9, 2017, the Parties submitted a stipulation to the Court regarding discovery and the Parties' agreement that continuing efforts to settle the case, before the filing of Rule 23 motions and before engaging in certain discovery or motion practice, would be in the interests of both the Parties and the Court [ECF Doc. 31];

WHEREAS, on May 12, 2017, this Court stayed the matter through August 7, 2017, and continued the deadline to file Rule 23 motions to November 3, 2017 [ECF Doc. 32];

WHEREAS, the Parties continue to pursue settlement negotiations and have agreed to continue working with Mediator Lisa Klerman, who was successful in previously achieving a settlement in the related case, <u>McDonald v. Airport Terminal Services, Inc.</u>, Case No. CV 11-01146 VAP (SPx);

WHEREAS, the Parties have agreed that continuing efforts to settle the case, before the filing of Rule 23 motions and before engaging in certain discovery or motion practice, is in the interests of both the Parties and the Court;

WHEREAS, the Parties have agreed that staying the matter for approximately 30 days (on or around November 17), deferring meeting and conferring about formal discovery and staying formal discovery for an additional 10 days following the expiration of the stay (on or around November 27) in lieu of continued informal exchange of data and documents, and further continuing the deadline to file Rule 23 motions for

approximately 60 days (on or around January 16, 2018) would enable the Parties to focus on continuing efforts to settle the case; and

WHEREAS, the Parties have agreed in good faith that continuing efforts to settle the case are likely to permit the Parties to propose a settlement to the Court for approval.

**NOW, THEREFORE, it is hereby stipulated and agreed that:**

1. The matter is stayed through November 17, 2017.
2. Discovery is stayed through November 27, 2017.
3. The deadline for Rule 23 motions shall be continued for 60 days after the stay is lifted to January 16, 2018.

DATED:  October 19, 2017                                   HARRIS & RUBLE
                                                                                 LAW OFFICES OF JOHN P. DORIGAN

                                                                                 */s/ Alan Harris*
                                                                                 Alan Harris
                                                                                 John P. Dorigan
                                                                                 *Attorneys for Plaintiffs*

DATED:  October 19, 2017                                   SEYFARTH SHAW LLP

                                                                                 */s/ Simon Yang*
                                                                                 Aaron R. Lubeley
                                                                                 Simon L. Yang
                                                                                 *Attorneys for Defendant*