Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**DECLARATION OF ALAN HARRIS IN SUPPORT OF STIPULATION FOR STAY TO CONTINUE SETTLEMENT DISCUSSIONS AND TO CONTINUE DEADLINE FOR RULE 23 MOTIONS** |

# DECLARATION OF ALAN HARRIS

I, ALAN HARRIS, declare:

1. I am an attorney licensed to practice in the State of California and am one of the attorneys of record for Plaintiffs G. Pederson, R. Alcaraz, and S. Mason (collectively "Plaintiffs") in the above-entitled matter. I make this Declaration in support of the Plaintiffs and Defendant Airport Terminal Services, Inc. ("ATS") Stipulation for Stay to Continue Settlement Discussions and to Continue Deadline for Rule 23 Motions. If sworn as a witness, I could competently testify to each and every fact set forth herein from my own personal knowledge.

2. The Parties filed their Joint Rule 26(f) Conference Report on January 23, 2017, and informed the Court that the Parties already had engaged in an early private mediation but were unable to resolve the matter. The Parties appeared before the Court for a Scheduling Conference on January 30, 2017, and the Court ordered (i) the parties to submit a stipulation to the Court regarding discovery, (ii) Plaintiffs to file their Rule 23 motion by no later than June 19, 2017, and (iii) the scheduling of other dates to be deferred.

3. On May 9, 2017, the Parties submitted a stipulation to the Court regarding discovery and the Parties' agreement that continuing efforts to settle the case, before the filing of Rule 23 motions and before engaging in certain discovery or motion practice, would be in the interests of both the Parties and the Court [ECF Doc. 31].

4. On May 12, 2017, this Court stayed the matter through August 7, 2017, and continued the deadline to file Rule 23 motions to November 3, 2017 [ECF Doc. 32].

5. In my opinion, good cause exists for the Court to grant the Parties' Stipulation. The Parties have agreed that continuing efforts to settle the case, before the filing of Rule 23 motions and before engaging in certain discovery or motion practice, is in the interests of both the Parties and the Court. The Parties have engaged in settlement discussions since the inception of this case both informally and through a private mediation, assisted by Mediator Lisa Klerman. Ms. Klerman was a partner in the

employment law department at Morrison & Foerster while she was a practicing attorney. Ms. Klerman is a Clinical Associate Professor of Law at USC Law School, and is the Director of the Judith Hollinger Program in Alternative Dispute Resolution. Ms. Klerman also directs the USC Law School Mediation Clinic. Her qualifications can be found on her website: http://www.lisaklerman.com/professional.summary.html.

6. Mediator Klerman was successful in assisting the parties in achieving a settlement in the related case, McDonald v. Airport Terminal Services, Inc., Case No.CV 11-01146 VAP (SPx). The Parties are continuing to work with Mediator Lisa Klerman toward achieving a resolution in this case. The Parties have been actively engaged in settlement discussions and are continuing to exchange information in an attempt to resolve this matter on a class-wide basis.

7. The Stipulation requests that the matter be stayed for approximately 30 days (on or around November 17), defers meeting and conferring about formal discovery and stays formal discovery for an additional 10 days following the expiration of the stay (on or around November 27) in lieu of continued informal exchange of data and documents. The Stipulation further requests that the deadline to file Rule 23 motions be continued for approximately 60 days (on or around January 16, 2018). The requested relief will enable the Parties to focus on their continuing good faith efforts to settle the case before further engaging in extensive formal discovery and class certification briefing.

8. For the foregoing reasons, the undersigned respectfully requests this Court issue an Order granting the Parties' Stipulation for Stay to Continue Settlement Discussions and to Continue Deadline for Rule 23 Motions.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed this 19th day of October, 2017 at Los Angeles, California.

                                                */s/ Alan Harris*
                                                Alan Harris