Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

Aaron R. Lubeley (SBN 199837)
Simon L. Yang (SBN 260286)
SEYFARTH SHAW LLP
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
alubeley@seyfarth.com
syang@seyfarth.com

*Attorneys for Defendant*

FILED
CLERK, U.S. DISTRICT COURT
OCT 23, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR STAY TO CONTINUE SETTLEMENT DISCUSSIONS AND TO CONTINUE DEADLINE FOR RULE 23 MOTIONS** |

IT IS HEREBY ORDERED, upon review of the Stipulation of the Parties filed herewith and for good cause shown:

1. The matter is stayed through November 17, 2017.

2. Discovery is stayed through November 27, 2017.

3. The deadline for Rule 23 motions shall be continued for 60 days after the stay is lifted to January 16, 2018.

IT IS SO ORDERED.

DATED: October 23, 2017Oct 23, 017_____

_____
The Honorable Virginia A. Phillips
Chief United States District Judge