Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**NOTICE OF SETTLEMENT** |

PLEASE TAKE NOTICE that the Parties have reached a settlement in this case. The Parties are in the process of preparing a long form settlement agreement for execution.

Respectfully submitted,

DATED: January 4, 2018

HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

    /s/ Alan Harris
Alan Harris
John P. Dorigan
*Attorneys for Plaintiffs*