Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave., 17th Fl.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

Aaron R. Lubeley (SBN 199837)
Simon L. Yang (SBN 260286)
SEYFARTH SHAW LLP
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
alubeley@seyfarth.com
syang@seyfarth.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>          Plaintiffs,<br><br>     v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>          Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**JOINT NOTICE OF SETTLEMENT** |

1 | PLEASE TAKE NOTICE that the Parties have reached a settlement in this case. The Parties are in the process of preparing a long form settlement agreement for execution. The Parties anticipate that the Motion for Preliminary Approval shall be filed no later than March 1, 2018.

Respectfully submitted,

DATED:  January 16, 2018            HARRIS & RUBLE
                                    LAW OFFICES OF JOHN P. DORIGAN

                                    _____/s/ Alan Harris_____
                                    Alan Harris
                                    John P. Dorigan
                                    *Attorneys for Plaintiffs G. Pederson, R. Alcaraz and S. Mason*

DATED:  January 16, 2018            SEYFARTH SHAW LLP

                                    _____/s/ Simon L. Yang_____
                                    Aaron R. Lubeley
                                    Simon L. Yang
                                    *Attorneys for Defendant Airport Terminal Services, Inc.*