Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

Aaron R. Lubeley (SBN 199837)
Simon L. Yang (SBN 260286)
SEYFARTH SHAW LLP
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
alubeley@seyfarth.com
syang@seyfarth.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**STIPULATION REGARDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER** |

Plaintiffs G. Pederson, R. Alcaraz, and S. Mason, and Defendant Airport Terminal Services, Inc. ("ATS"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 16, 2018 the Parties filed a Joint Notice of Settlement [ECF Doc. 36], and informed the Court that the Parties anticipated that the Motion for Preliminary Approval of Class Action Settlement would be filed by March 1, 2018;

WHEREAS, the Parties are in the final stages of finalizing the settlement, including obtaining bids from claims administrators for settlement administration.

WHEREAS, the Parties anticipate that they will be prepared to file the Motion for Preliminary Approval and all supporting documents by March 9, 2018.

**NOW, THEREFORE, it is hereby stipulated and agreed that:**

Plaintiffs shall file the Motion for Preliminary Approval of Class Action Settlement by March 9, 2018.

DATED: February 28, 2018         HARRIS & RUBLE
                                 LAW OFFICES OF JOHN P. DORIGAN

                                 */s/ Alan Harris*
                                 Alan Harris
                                 John P. Dorigan
                                 *Attorneys for Plaintiffs*

DATED: February 28, 2018         SEYFARTH SHAW LLP

                                 */s/ Simon Yang*
                                 Aaron R. Lubeley
                                 Simon L. Yang
                                 *Attorneys for Defendant*