Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

Aaron R. Lubeley (SBN 199837)
Simon L. Yang (SBN 260286)
SEYFARTH SHAW LLP
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
alubeley@seyfarth.com
syang@seyfarth.com

*Attorneys for Defendant*

```
FILED
CLERK, U.S. DISTRICT COURT

MAR 2, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY:    BH    DEPUTY
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>    Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

[PROPOSED] ORDER GRANTING STIP. REGARDING THE FILING OF A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

IT IS HEREBY ORDERED, upon review of the Stipulation of the Parties filed herewith and for good cause shown:

1. Plaintiffs shall file the Motion for Preliminary Approval of Class Action Settlement by March 9, 2018.

IT IS SO ORDERED.

DATED: March 2, 2018
_____

_____
The Honorable Virginia A. Phillips
Chief United States District Judge