Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., RICHARD B. HAWES, and SALLY A. LEIBLE,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR AN ORDER (A) GRANTING PRELIMINARY APPROVAL OF THE SETTLEMENT BETWEEN THE PARTIES, (B) CERTIFYING A CLASS FOR SETTLEMENT PURPOSES, (C) DIRECTING ISSUANCE OF NOTICE TO THE CLASS, AND (D) SCHEDULING A FINAL FAIRNESS HEARING**<br><br>Date:     April 9, 2018<br>Time:    2:00 p.m.<br>Courtroom: 8A<br>              350 West 1st Street<br>              Los Angeles, CA 90012 |

The Motion for Preliminary Approval of Class Settlement (the "Motion") filed by Plaintiffs Gideon Pederson, Ruth Alcaraz and Sasha Mason ("Plaintiffs") came regularly for hearing before this Court on April 9, 2018.  After consideration of all the papers filed in connection therewith, the arguments of counsel, and all other matters presented to the Court, the Court hereby makes a preliminary finding that the proposed class action settlement is fair, reasonable, adequate and in the best interests of the settlement class. Good cause appearing therefore, the Court **GRANTS** the Motion and **ORDERS** as follows:

1. The terms of the settlement agreement reached by Plaintiffs and Defendant, as set forth in the Settlement Agreement, are hereby preliminarily approved as being fair, reasonable and adequate for the members of the Settlement Class, subject to further consideration at the final approval hearing after the distribution of the notice to the members of the Settlement Class as provided in Paragraph 7 of this Order.

2. The following settlement class is preliminarily approved for settlement purposes only, and is referred to herein as the "Class": any current or former non-exempt employees who are or were employed by Defendant within California at any time from November 20, 2011 through _____ [the date of Preliminary Approval].

3. Alan Harris and Priya Mohan of Harris & Ruble, and John P. Dorigan of the Law Offices of John P. Dorigan are appointed as Class Counsel.

4. Plaintiffs Gideon Pederson, Ruth Alcaraz and Sasha Mason are appointed as the Class Representatives.

5. _____ is appointed as the Claims Administrator.

6. The Notice of Class Action Settlement and Claim Form proposed by the Parties are hereby approved.

7. The Court authorizes mailing of the Notice and Claim Form to the Settlement Class Members by first-class United States mail.  Within fourteen days of the date of this Order granting Preliminary Approval, Defendant shall provide the Claims Administrator

1  with the information necessary to conduct this mailing as set forth in the Settlement
2  Agreement.
3       8. A hearing to consider and determine (i) whether the Settlement Agreement
4  should be finally approved, (ii) whether Class Counsel's application for attorney's fees
5  should be approved, and (iii) whether the application for Class Representative incentive
6  awards and Plaintiffs' individual payments should be approved, is hereby set for
7  _____, 2018 at 2:00 p.m. All other deadlines in the Action will be stayed
8  pending the final approval hearing.

**IT IS SO ORDERED.**

Dated:_____   _____
                             Virginia A. Phillips
                             United States District Judge