Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., RICHARD B. HAWES, and SALLY A. LEIBLE,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**SUPPLEMENTAL MEMORANDUM RE: MOTION FOR AN ORDER (A) GRANTING PRELIMINARY APPROVAL OF THE SETTLEMENT BETWEEN THE PARTIES, (B) CERTIFYING A CLASS FOR SETTLEMENT PURPOSES, (C) DIRECTING ISSUANCE OF NOTICE TO THE CLASS, AND (D) SCHEDULING A FINAL FAIRNESS HEARING**<br><br>Date:  April 9, 2018<br>Time:  2:00 p.m.<br>Courtroom: 8A<br>  350 West 1st Street<br>  Los Angeles, CA 90012 |

Plaintiffs respectfully submit this Supplemental Memorandum regarding preliminary approval.

Plaintiffs sought proposals for settlement administration from five reputable claims administrators. After careful review of the proposals for settlement administration, the Parties wish to recommend CPT Group Class Action Administrators ("CPT") for the role of settlement administrator. CPT has estimated that the costs of administration for this case will not exceed $13,750. Information regarding CPT's class action administration experience can be found on its website at: https://www.cptgroup.com/about-us/ (last accessed Mar. 30, 2018).

Dated: March 30, 2018

Respectfully submitted
HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

　　　/s/ *Alan Harris*
Alan Harris
John P. Dorigan
*Attorneys for Plaintiffs*