# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G PEDERSON , et al.<br><br>Plaintiff(s),<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:15–cv–02400–VAP–SP<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __4/10/2018__

Document Number(s):   __42__

Title of Document(s):   __Stipulation__

**ERROR(S) WITH DOCUMENT:**

The proposed order should not be within the Stipulation even if a separate proposed order has been submitted

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _April 11, 2018_     By:  __/s/ *Benjamin Moss  Benjamin_Moss@cacd.uscourts.gov*__
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS