## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>　　　　Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING CLARIFICATION OF ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED, upon review of the Stipulation of the Parties filed herewith and for good cause shown:

1. The Court orders that the "IV. Conclusion" on page 23 of the order granting preliminary approval of class action settlement is hereby modified as follows:

> Defendant shall provide a list of all settlement class members to the settlement administrator, ~~KCC~~ **CPT Group, Inc.**, within fourteen (14) calendar days of the date of this order.

2. The Court orders that "2. Claims Administration" on page 23 of the order granting preliminary approval of class action settlement is hereby modified as follows:

> The Agreement states the Settlement Administrator will send the notice, claim, and request for exclusion forms and issue appropriate claim payments. (Settlement Agreement ¶¶ ¶¶ 3.1-3.6, 4.2-4.3, 4.7, 5.3.2.) The proposed administrative deadlines—e.g., Defendants shall provide the Settlement Administrator with a list of class members and their ~~total rotations~~ **workweek data** within 14 days of the preliminary approval order, and the Administrator will provide notice of the settlement to class members within 28 days of preliminary approval (Id. at ¶¶ 3.2-3.3)—are reasonable and are approved. Thus, the Court finds the notice form and proposed claims administration process adequate.

IT IS SO ORDERED.

DATED:_____

The Honorable Virginia A. Phillips
United States District Judge