**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G. PEDERSON, et al | CASE NUMBER |
| PLAINTIFF(S) | 5:15-cv-02400 VAP (SPx) |
| v. | |
| AIRPORT TERMINAL SERVICES, INC. | **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 4/10/2018 | 42 | Stipulation to Clarify Order |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☑ Other
  DOCUMENT IS STRICKEN AS IMPROPER FORMAT.


Clerk, U.S. District Court


Dated: _April 11, 2018_____          By: _Beatrice Herrera, Deputy Clerk_____
                                              Deputy Clerk  (213) 894-3480


cc: Assigned District Judge and/or Magistrate Judge

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS
G-112B  (01/07)