Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC., RICHARD B. HAWES, and SALLY A. LEIBLE,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY'S FEES, INCENTIVE AWARD AND REIMBURSEMENT OF COSTS**<br><br>Date: July 2, 2018<br>Time: 2:00 p.m.<br>Courtroom: 8A<br>350 West 1st Street<br>Los Angeles, CA 90012 |

Pursuant to Federal Rule of Evidence 201, this Court may take judicial notice of the following:

 1. The July 10, 2014 Tentative Ruling on the Motion for Award of Attorney's Fees, Incentive Award and Reimbursement of Costs and July 30, 2014 Order Granting Final Approval of Class Action Settlement in <u>Chookey v. Sears, Roebuck and Co.</u>, C.D. Cal. Case No. 12-2491-GW (MRWx). A true and correct copy of these documents are attached to the concurrently filed Declaration of Alan Harris as Exhibit 7.

 2. The adjusted <u>Laffey</u> matrix, a true and correct copy of which is attached to the concurrently filed Declaration of Alan Harris as Exhibit 8. <u>See</u> <u>Diamond Sawblades Mfrs. Coal. v. United States</u>, 816 F. Supp. 2d 1342, 1362 & n.7 (Ct. Int'l Trade 2012) (taking judicial notice of the "adjusted matrix [] available at http://www.laffeymatrix.com/see.html," which is the same website from which the adjusted <u>Laffey</u> matrix attached as Exhibit 8 to the Alan Harris Declaration was taken).

 3. Salary tables from the U.S. Office of Personnel Management, true and correct copies of which are attached to the concurrently filed Declaration of Alan Harris as Exhibit 9. <u>See</u> <u>Jarvis v. JP Morgan Chase Bank, N.A.</u>, 2010 U.S. Dist. LEXIS 84958 at *3 (stating that "[j]udicial notice may be taken of documents available on government websites"); <u>Dingle v. BioPort Corp.</u>, 270 F. Supp. 2d 968, 972 (W.D. Mich. 2003) (stating that "[p]ublic records and government documents are generally considered 'not to be subject to reasonable dispute'" and that "[t]his includes public records and government documents available from reliable sources on the Internet").

//
//
//

PLS.' REQ. JUDICIAL NOT. IN SUPP. MOT. FOR AWARD OF ATTY'S FEES, INCENTIVE AWARD & COSTS

Plaintiffs respectfully request that the Court take judicial notice of these records.

Dated:  May 7, 2018

Respectfully submitted,
HARRIS & RUBLE
LAW OFFICES OF JOHN P. DORIGAN

/s/ *Alan Harris*
Alan Harris
John P. Dorigan
*Attorneys for Plaintiffs*