UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | ED 15-cv-2400-VAP (SPx) | Date | June 22, 2018 |
|---|---|---|---|
| Title | G. Pederson, et al. v. Airport Terminal Services | | |

Present: The Honorable   VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| BEATRICE HERRERA | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** ORDER RE: PENDING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, (DOC. NO. 48), AND MOTION FOR ATTORNEY'S FEES AND COSTS, (DOC. NO. 47) (IN CHAMBERS)

Currently pending before this Court are two motions filed by Plaintiffs — Motion for Award of Attorneys' Fees, Incentive Awards, and Reimbursement of Costs, (Doc. No. 47 ("Fees Motion")), and Motion for Final Approval of Class Action Settlement, (Doc. No. 48 ("Approval Motion")).

To date, Plaintiffs have not included a declaration by the Settlement Administrator or facts regarding the notice process in support of their Approval Motion. Plaintiffs also failed to provide a line-item breakdown of costs for which they seek reimbursement.

Accordingly, the Court **GRANTS** Plaintiffs leave to supplement their Motions for the sole purpose of filing (1) a declaration from the Settlement Administrator; (2) a detailed explanation of the Notice Procedure; and (3) and itemized breakdown of costs by no later than **June 26, 2018 at 4:00 p.m.**

IT IS SO ORDERED.