Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendant. | Case No. 5:15-cv-02400-VAP-SP<br>*Assigned to Hon. Virginia A. Phillips*<br><br>**SUPPLEMENTAL DECLARATION OF ALAN HARRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND REIMBURSEMENT OF COSTS INCURRED BY CLASS COUNSEL**<br><br>Date:       July 2, 2018<br>Time:       2:00 p.m.<br>Courtroom: 8A<br>350 West 1st Street<br>Los Angeles, CA 90012 |

# DECLARATION OF ALAN HARRIS

I, ALAN HARRIS, declare under penalty of perjury under the laws of the United States and of the State of California, as follows:

1. I am a member in good standing of the State Bar of California, and am admitted to practice in the Central District of California. I am counsel for Plaintiffs Gideon Pederson, Ruth Alcaraz and Sasha Mason in this action. Further to this Court's Order of June 22, 2018, I am making this supplemental declaration in support of Plaintiffs' Motion for Final Approval of Settlement and Plaintiffs' Motion for an Award of Attorney's Fees, Incentive Awards, and Reimbursement of Costs. If sworn as a witness I could competently testify to each and every fact set forth herein from my personal knowledge.

**Declaration from Settlement Administrator**

2. The June 26, 2018, Supplemental Declaration of Alan Garrido (on behalf of CPT Group, Inc.) with Respect to Notification and Administration is attached hereto as Exhibit 1. It recites the following:

> 2. As of the date of this Supplemental Declaration, 258 Notice Packets were returned to our office by the Post Office, of which 44 had a forwarding address. CPT performed a Skip Trace on the returned Notices in an effort to locate a new address using Accurint, one of the most comprehensive address databases available. It utilizes hundreds of different databases supplied by credit reporting agencies, public records and a variety of other national databases.
>
> 3. As a result of either skip trace, forwarding address provided from the Post Office, or request from counsel or the class member themselves, a total of 237 Notice Packets have been re-mailed to date. As of this date, there are ultimately 29 Notice Packets undeliverable with no forwarding address, where no new address could be found through skip trace.

4. Settlement Class Members had until June 18, 2018 to submit objections, disputes and/or Requests for Exclusion.

5. As of the date of this declaration, CPT has not received any objections from settlement Class Members.

6. As of the date of this declaration, CPT has not received any disputes from settlement Class Members.

7. As of the date of this declaration, CPT has received 1 Request for Exclusion from a settlement Class Member.

8. As of the date of this declaration, 479 or 16.29% of the class filed a claim, of which 2 were Late Claims and 6 were Deficient Claims.

9. Therefore, CPT will report that a total of 479 Settlement Class Members (including the 2 Late Claims and 6 Deficient Claims) are part of this class action settlement, representing a 16.29% participation rate. Pursuant to the terms of the Settlement, 100% of the Net Settlement Amount will be distributed. As of the date of this declaration, the Net Settlement Amount is calculated to be $351,000.00.  The average Individual Settlement Payout amount to each Settlement Class Member is estimated at $732.78. The highest payment amount to a Settlement Class Member is estimated at $3,160.06.

Ex. 1, ¶¶2-9.

**Explanation of the Notice Procedure**

3. In negotiating the Settlement Agreement and Release of Claims (the "Settlement"), and overseeing its administration, the undersigned was mindful of class members' rights to proper Notice.

4. Accordingly, the Settlement detailed the form of notice to be used in the case, and a copy of the proposed Notice was attached to the Settlement as Exhibit A. (ECF Doc. 39-1 at ¶ 47-50).  The Settlement provided that the Settlement Administrator would mail a Court-approved Notice to all Class Members.   (ECF Doc. 39-1 at p. 21)

5. By the April 5, 2018, Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Conditional Certification of Class, the form of Notice was approved and CPT Group, Inc. was appointed to be Settlement Administrator. (ECF Doc. 41 at pp. 22-23) ("The Court accepts the proposed notice form, assuming that the Parties will insert dates and the Settlement Administrator's contact information appropriately. The notice form explains in plain language what the case is about, what the recipient is entitled to, and what the recipient must do next. (Harris Decl., Ex. 2.) The Notice states the class members' options—do nothing, submit a claim form, opt out of the class, or object to the settlement—and describes the consequences attached to each decision. (Id.).")

6. The June 1, 2018, Declaration Of Alan Garrido (On Behalf Of CPT Group, Inc.) With Respect To Notification And Administration, provided a copy of the final Notice, with proper dates and contact information, and outlined the Notice procedures. (ECF Doc. 48-1). The Declaration outlined that on May 3, 2018, CPT had mailed the approved Notice to the 2,940 Settlement Class members. Again, the final results of the mailing are detailed in Exhibit 1.

**Itemized Breakdown of Costs**

7. The itemized breakdown of costs incurred by the Law Offices of John Dorigan is attached hereto as Exhibit 2.

8. The itemized breakdown of costs incurred by Harris & Ruble is attached hereto as Exhibit 3.

I have read the foregoing, and the facts set forth therein are true and correct of my personal knowledge. Executed June 26, 2018, in the County of Los Angeles, State of California.

                                         */s/ Alan Harris*
                                         Alan Harris