# EXHIBIT 1

Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
655 North Central Ave.
Glendale, California 91203
Telephone: (323) 962-3777
Facsimile: (323) 962-3004
aharris@harrisandruble.com
pmohan@harrisandruble.com

John P. Dorigan (SBN 98964)
LAW OFFICES OF JOHN P. DORIGAN
600 Canterbury Lane
Sagamore Hills, Ohio 44067
Telephone: (330) 748-4475
Facsimile: (330) 748-4475
jpdorigan@aol.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G. PEDERSON, R. ALCARAZ, and S. MASON, individually and on behalf of all others similarly situated, and on behalf of aggrieved employees, the people of the State of California and the Labor Commissioner,<br><br>Plaintiffs,<br><br>v.<br><br>AIRPORT TERMINAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:15-cv-02400-VAP-SPx<br>*Assigned to Hon. Virginia A. Phillips*<br><br>SUPPLEMENTAL DECLARATION OF ALAN GARRIDO (ON BEHALF OF CPT GROUP, INC.) WITH RESPECT TO NOTIFICATION AND ADMINISTRATION<br><br>Date:   July 2, 2018<br>Time:  2:00 p.m.<br>Judge: Hon. Virginia A. Phillips |

1

SUPPLEMENTAL DECLARATION OF ALAN GARRIDO ON BEHALF OF CPT GROUP, INC.

I, ALAN GARRIDO, DECLARE AS FOLLOWS:

1. I am employed by CPT Group, Inc. ("CPT"), the Court-appointed class action claims administrator for *Pederson v. Airport Terminal Services, Inc.* as the Assistant Case Manager. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently thereto.

2. I submit this Supplemental Declaration to update my prior Declaration dated June 1, 2018.

3. As of the date of this Supplemental Declaration, 258 Notice Packets were returned to our office by the Post Office, of which 44 had a forwarding address. CPT performed a Skip Trace on the returned Notices in an effort to locate a new address using Accurint, one of the most comprehensive address databases available. It utilizes hundreds of different databases supplied by credit reporting agencies, public records and a variety of other national databases.

4. As a result of either skip trace, forwarding address provided from the Post Office, or request from counsel or the class member themselves, a total of 237 Notice Packets have been re-mailed to date. As of this date, there are ultimately 29 Notice Packets undeliverable with no forwarding address, where no new address could be found through skip trace.

5. Settlement Class Members had until June 18, 2018 to submit objections, disputes and/or Requests for Exclusion.

6. As of the date of this declaration, CPT has not received any objections from settlement Class Members.

7. As of the date of this declaration, CPT has not received any disputes from settlement Class Members.

8. As of the date of this declaration, CPT has received 1 Request for Exclusion from a settlement Class Member.

9. As of the date of this declaration, 479 or 16.29% of the class filed a claim, of which 2 were Late Claims and 6 were Deficient Claims.

10. Therefore, CPT will report that a total of 479 Settlement Class Members (including the 2 Late Claims and 6 Deficient Claims) are part of this class action settlement, representing a 16.29%

SUPPLEMENTAL DECLARATION OF ALAN GARRIDO ON BEHALF OF CPT GROUP, INC.

participation rate. Pursuant to the terms of the Settlement, 100% of the Net Settlement Amount will be distributed. As of the date of this declaration, the Net Settlement Amount is calculated to be approximately $353,143.00. The average Individual Settlement Payout amount to each Settlement Class Member is estimated at $737.25. The highest payment amount to a Settlement Class Member is estimated at $3,160.06.

11. CPT will charge a total of $14,750.00 in costs associated with the administration of the Settlement. This includes all costs incurred to date, as well as estimated costs involved in completing the Settlement.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 25th day of June, 2018, at Irvine, California.

ALAN GARRIDO