# Exhibit 2

# Expenses Related to
# Alcaraz, Pederson & Mason v. Airport Terminal Svcs. (ATS)

| | | |
|---|---|---|
| **July 9, 2014** | Met w/Plaintiffs at Starbuck's in Palm Springs to collect copies of wage stmts. | $23.60 |
| **July 7, 2015** | Dinner w/Plaintiffs at Las Casuelas in Rancho Mirage to sign retainers and brief them on class action process, responsibilities, etc. | $225.98 |
| **Aug. 8-10, 2016** | Airline tickets to fly rd. trip from Cleveland to Los Angeles for first mediation | $1,234.31 |
| | Crowne Plaza Hotel expenses | $395.11 |
| | Meal expenses | $183.65 |
| | Town car, taxi, tips re travel to/from airport to hotel and to/from hotel to law offices of Seyfarth Shaw | $152.00 |
| **Nov. 8, 2016** | Uber fare from Lake Elsinore, CA to Riverside, CA to pick up rental car to drive to Palm Springs, CA | $46.00 |
| | Rental car for trip to Palm Springs, CA to meet with Plaintiffs | $98.00 |
| | Refuel rental car upon return to Budget | $29.77 |
| | Dinner w/Plaintiffs at Trio Restaurant in Palm Springs, CA to update and collect paperwork related to possible new claim for retaliation | $172.25 |
| **TOTAL** | | **$2,560.67** |