# EXHIBIT 3

| Date Filed | Docket # | Docket Text | Copy Pages | Postage | Janney |
|---|---|---|---|---|---|
| 11/20/2015 | 1 | COMPLAINT Receipt No: 0973-16824327 - Fee: $400, filed by Plaintiff G Pederson, S Mason, R Alcaraz. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (Attorney D Alan Harris added to party R Alcaraz(pty:pla), Attorney D Alan Harris added to party S Mason(pty:pla), Attorney D Alan Harris added to party G Pederson (pty:pla))(Harris, D) (Entered: 11/20/2015) | 109 | | |
| | | Mail complaint to clients | | $ 6.58 | |
| | | Court filing fee (Janney) | | | $ 400.00 |
| | | Service costs (Janney) | | | $ 168.00 |
| 1/25/2016 | 11 | FIRST AMENDED COMPLAINT against Defendants All Defendants amending Complaint (Attorney Civil Case Opening), 1 , filed by Plaintiffs G Pederson, S Mason, R Alcaraz (Attachments: # 1 Exhibit Exhibits 1-8)(Harris, D) (Entered: 01/25/2016) | 98 | $ 6.15 | |
| 4/14/2016 | 18 | SECOND AMENDED COMPLAINT against Defendant Airport Terminal Services, Inc amending Amended Complaint/Petition 11 , filed by Plaintiffs G Pederson, S Mason, R Alcaraz (Attachments: # 1 Exhibit Exhibits 1 - 7)(Harris, D) (Entered: 04/14/2016) | 92 | | |
| 8/9/2016 | | Lisa Klerman Mediation fee | | | |
| 3/23/2017 | | Mail to defense | | $ 1.19 | |
| 3/29/2017 | | Mail to defense | | $ 3.40 | |
| 4/10/2017 | | Mail to defense | | $ 1.61 | |
| 5/29/2017 | | Carlson Expert Fee | | | |
| 8/11/2017 | | Mail to defense | | $ 2.66 | |
| 10/18/2017 | | GSO overnight to defense | | $ 30.96 | |
| 3/9/2018 | 39 | NOTICE OF MOTION AND MOTION for Order for Granting Preliminary Approval of Class Action Settlement and Conditional Certification of Settlement Class filed by Plaintiffs R Alcaraz, S Mason, G Pederson. Motion set for hearing on 4/9/2018 at 02:00 PM before Judge Virginia A. Phillips. (Attachments: # 1 Declaration Declaration of Alan Harris and Exs. 1-5, # 2 Declaration Declaration of John Patrick Dorigan, # 3 Proposed Order) (Harris, D) (Entered: 03/09/2018) | 105 | | |

| Date | # | Description | Pages |
|---|---|---|---|
| 3/30/2018 | 40 | SUPPLEMENT to NOTICE OF MOTION AND MOTION for Order for Granting Preliminary Approval of Class Action Settlement and Conditional Certification of Settlement Class 39 filed by Plaintiffs R Alcaraz, S Mason, G Pederson. (Harris, D) (Entered: 03/30/2018) | 2 |
| 4/10/2018 | 42 | [STRICKEN-PURSUANT TO ORDER DOC.#45] STIPULATION to Clarify STIPULATION REQUESTING CLARIFICATION OF ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, Re: Order on Motion for Order,,,,, 41 , filed by Defendant Airport Terminal Services, Inc. (Attachments: # 1 Proposed Order Proposed Order)(Yang, Simon) Modified on 4/11/2018 (ab). (Entered: 04/10/2018) | 7 |
| 4/11/2018 | 43 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Stipulation 42 . The following error(s) was/were found: The proposed order should not be within the Stipulation even if a separate proposed order has been submitted In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (bm) (Entered: 04/11/2018) | 1 |
| 4/11/2018 | 44 | STIPULATION to Clarify Clarifying the Order Granting Preliminary Approval of Class Action Settlement, Re: Order on Motion for Order,,,,, 41 , filed by Defendant Airport Terminal Services, Inc. (Attachments: # 1 Proposed Order Proposed Order)(Yang, Simon) (Entered: 04/11/2018) | 6 |
| 4/11/2018 | 45 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS RE: Stipulation to Clarify, 42 by Judge Virginia A. Phillips. Document is STRICKEN as improper format. (ab) (Entered: 04/11/2018) | 1 |

| Date | No. | Description | Pages |
|---|---|---|---|
| 4/17/2018 | 46 | ORDER ON STIPULATION REQUESTING CLARIFICATION OF ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT by Judge Virginia A. Phillips, re Stipulation to Clarify, 44 . (bm) (Entered: 04/18/2018) | 2 |
| 5/7/2018 | 47 | NOTICE OF MOTION AND MOTION for Order for Granting Plaintiffs' Motion for Award of Attorney's Fees, Incentive Awards and Reimbursement of Costs filed by Plaintiffs R Alcaraz, S Mason, G Pederson. Motion set for hearing on 7/2/2018 at 02:00 PM before Judge Virginia A. Phillips. (Attachments: # 1 Declaration of Alan Harris and Exhibits 1 - 9, # 2Declaration of John Dorigan and Exhibits 1 - 2, # 3 Request for Judicial Notice) (Harris, D) (Entered: 05/07/2018) | 177 |
| 6/4/2018 | 48 | NOTICE OF MOTION AND MOTION for Order for Granting Plaintiffs' Motion for Final Approval of Class Action Settlement filed by Plaintiffs R Alcaraz, S Mason, G Pederson. Motion set for hearing on 7/2/2018 at 02:00 PM before Judge Virginia A. Phillips. (Attachments: # 1 Declaration of Alan Garrido and Exhibit A, # 2 Declaration of Alan Harris and Exhibits 1 - 4, # 3 Proposed Order) (Harris, D) (Entered: 06/04/2018) | 104 |

6/22/2018

| | | | | | |
|---|---|---|---|---|---|
| 49 | MINUTE ORDER RE: PENDING MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, (DOC. NO. 48), AND MOTION FOR ATTORNEY'S FEES AND COSTS, (DOC. NO. 47) by Judge Virginia A. Phillips: Currently pending before this Court are two motions filed by Plaintiffs Motion for Award of Attorneys Fees, Incentive Awards, and Reimbursement ofCosts, (Doc. No. 47 ("Fees Motion")), and Motion for Final Approval of Class Action Settlement, (Doc. No. 48 ("Approval Motion")). To date, Plaintiffs have not included a declaration by the Settlement Administrator or facts regarding the notice process in support of their Approval Motion. Plaintiffs also failed to provide a line-item breakdown of costs for which they seek reimbursement. Accordingly, the Court GRANTS Plaintiffs leave to supplement their Motions for the sole purpose of filing (1) a declaration from the Settlement Administrator; (2) a detailed explanation of the Notice Procedure; and (3) and itemized breakdown of costs by no later than June 26, 2018 at 4:00 p.m. (bm) (Entered: 06/22/2018) | 1 | | | |
| | Number of copies @ $.25 each | 705 | | | |
| | Total costs | | $ 176.25 | $ 52.55 | $ 568.00 |
| | **Grand Total** | | **$ 6,796.80** | | |