UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. ED 15-cv-02400 VAP (SPx) | Date 7/2/2018 |
| Title G. Pederson, et al v. Airport Terminal Services, Inc. | |

Present: The Honorable VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  
Alan Harris  
Priya Mohan

Attorney(s) Present for Defendant(s):  
Simon L. Yang

**Proceedings:** PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, INCENTIVE AWARD, AND COSTS; [DOC NO. 47]
PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; [DOC NO. 48]

Matter called. Counsel of record are present as referenced above. Court issues tentative ruling, and invites oral argument from Counsel. Having heard from counsel, Court takes the matter under submission.

**IT IS SO ORDERED.**